# EXHIBIT "A"

**Concours Classic Motor Cars**
**Invoice Register**

Highlight = delivered

| Date | Invoice Number | Amount USD | Vehicle | Description | Delivered |
|---|---|---|---|---|---|
| | | $ 1,930,325.50 | | | |
| 20-August-2012 | Email correspondence | $ 65,000.00 | 1930 Packard 745 & 1931 Packard 840 | Invoice to John Teberg (and "delivered"); cars were subsequently traded back to Clark for another car/parts | Delivered |
| 21-August-2012 | 5929 | $ 53,000.00 | J301 J361 | 2 x Duesenberg Long Wheelbase Frames and front axle castings | Delivered |
| 21-August-2012 | ACD Festival 2012 | $ 57,500.00 | J361 Murphy | Engine including Misc parts, Timing and Engine parts lots, Chassis parts, Body parts. | |
| 21-August-2012 | ACD Festival 2012 | $ 51,750.00 | J117 LaGrande | Engine including Misc parts, Timing and Engine parts lots, Chassis parts, Body parts. | |
| 30-August-2012 | ACD Festival 2012 | $ 32,775.00 | Miscellaneous J361/J117 parts | Full set of 4 chrome wheels, Bell housing for J361 Murphy, Misc engine parts, misc parts lot, timing and engine parts lot, chassis & body parts no allocation | |
| 30-August-2012 | ACD Festival 2012 | $ 23,803.00 | Commission, transport, & packing exps | 15% Commission for procuring, expertise and profit on auction purchase. $21,303 USD. Transport, packaging and travel expenses $2500 USD | |
| 30-August-2012 | Swap Meet Purchases | 14650 | J361 Murphy Parts | Original gauges, Cast Alum dashboard, brake pressure gauge, windscreen assembly, pair of hood tops, full matching set knock offs J361 Murphy. | |
| 30-August-2012 | Swap Meet Purchases | 4500 | J117 LaGrande Parts | Complete pair of louvered hood sides with rear doors (Original and perfect) | |
| 18-September-2012 | 5937 | $ 5,500.00 | J361 | Original Model J Chronograph, Original Dues Altimeter | |
| 18-September-2012 | 5938 | $ 4,500.00 | J117 | Original Model J Chronograph, Original Rev Counter | |
| 26-September-2012 | 5939 | $ 2,975.00 | Roadster | Special order - 17 x Cadillac V16 pistons | Delivered |
| 26-September-2012 | 5940 | $ 6,500.00 | J361 | Complete Model J cast alum firewall assembly | |
| 26-September-2012 | 5941 | $ 37,000.00 | J361 | Murphy body parts as discussed | |
| 16-October-2012 | 5950 | $ 850.00 | Roadster | Sidemount Mirror pair, restored with leather straps | |
| 16-October-2012 | 5951 | $ 5,577.50 | J361 | Stromberg electric wiper motor, pair unrestored Delco Lovejoy shocks, complete master cylinder | |
| 16-October-2012 | 5952 | $ 800.00 | J117 | Fully restored and rebuilt dues oil pressure gauge | |
| 16-October-2012 | 5953 | $ 3,650.00 | J361 | Original brake drums, amp gauge, rear axle shaft (broken), unbroken orig fuel pump housing assembly | |
| 22-October-2012 | 5962 | $ 14,950.00 | J361 | Complete grill set, headlight bar, pair headlights, horn and lower cowl assembly | |
| 22-October-2012 | 5963 | $ 1,500.00 | 31 coupe Madam X | V16 Generator with new armature, full rebuilt | Delivered |
| 25-October-2012 | 5966 | $ 2,699.00 | J361 | New original style radiator core (bare no tanks) | |
| 25-October-2012 | 5967 | $ 2,699.00 | J117 | New original style radiator core (bare no tanks) | |
| 02-November-2012 | 5968 | $ 6,500.00 | J117 | Complete Model J cast alum firewall assembly | |
| 02-November-2012 | 5970 | $ 3,500.00 | J361 | Duesenberg time box clock work guts (complete and in good condition) | |
| 07-November-2012 | 5971 | $ 7,675.00 | Packard 745 | Roadster cowl and parts | |
| 08-November-2012 | 5973 | $ 6,650.00 | J361 | Full set of Murphy disappearing top top castings. Front bumper assembly, rear bumper centre medallion | |
| 14-November-2012 | 5975 | $ 4,200.00 | J361 | Orig Dues rear bumper and backbar assembly complete | |
| 20-November-2012 | 5976 | $ 4,500.00 | J361 | 1 pair of original hood side with scalloped louvres and doors | |
| 17-December-2012 | Email correspondence | $ 48,775.00 | J361 | Hyflex gear box, truck transmission, start, delco generator, dash mounted coil set with key switch etc | Delivered |
| 14-January-2013 | 6001 | $ 900.00 | J117 | Shipping charge | |
| 14-January-2013 | 6002 | $ 10,000.00 | J117 | Orig Dues 10" wire wheels complete with lock rings | Delivered |
| 14-January-2013 | 6003 | $ 4,000.00 | J117 | Dues wheel hubs and rims | |
| 11-February-2013 | 6008 | $ 5,550.00 | J361 | Original shift tower, marble and black shift knob, original F bazin flying man accessory cap original | |
| 11-March-2013 | 6015 | $ 1,400.00 | J117 | Murphy wiper motors, used 1 pair | |
| 11-March-2013 | 6016 | $ 8,700.00 | J361 | Bragg Kliesrath brake valve, new casting, steering wheel, new light swithc, sidemount mirrors | |
| 11-March-2013 | 6017 | $ 12,500.00 | J361 | Steering box without steering wheel, 1 pair of Dues headlights complete | |

| Date | | Invoice | Amount | Model | Description | Status |
|---|---|---|---|---|---|---|
| 17-March-2013 | | 6024 | $ 3,850.00 | J117 | Upper cowl vent casting, trunk rack, pitman arm | |
| 17-March-2013 | | 6025 | $ 2,800.00 | J117 | Upper and lower cowl vent casting and assembly, truck rack | |
| 26-March-2013 | Email correspondence | | $ 15,000.00 | Frame | Final Long Wheelbase | |
| 02-April-2013 | | 6028 | $ 42,000.00 | J301 | Short block for use with J301 bellhousing, | |
| 02-April-2013 | | 6028 | | | Set of 6 used 19" wheels | Delivered |
| 02-April-2013 | | 6029 | $ 8,000.00 | J117 | Original front and rear bumpers and backbars | |
| 02-April-2013 | | 6030 | $ 40,000.00 | J361 | Complete original front axle with brake drums and jubs, rear axle half shaft pair, 4 original leaf springs | |
| 02-April-2013 | | 6031 | $ 2,000.00 | No allocation | Buyers premium | |
| 10-April-2013 | | 6033 | $ 1,500.00 | Packard | 5 Used Packard wire wheels | |
| 10-April-2013 | | 6034 | $ 1,500.00 | J361 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 10-April-2013 | | 6035 | $ 1,500.00 | J117 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 10-April-2013 | Email correspondence | 6044 | $ 1,500.00 | J301 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 01-May-2013 | | 6044 | $ 2,600.00 | J301 | Original style radiator core (bare with no tanks) | |
| 01-May-2013 | | 6045 | $ 434.00 | Custom made V16 cowl | Custom made V16 cowl vent assembly and drain gutter | |
| 01-May-2013 | | 6046 | $ 3,020.00 | J361 | Winterfront parts. 32 Shutter rivets, set of front shutters (16 pieces), new brass 4 piece radiator shutter framework | |
| 13-May-2013 | | 6055 | $ 4,645.00 | J117 | Radiator parts | |
| 13-May-2013 | | 6056 | $ 4,645.00 | J301 | Radiator parts | |
| 13-May-2013 | | 6057 | $ 4,645.00 | J361 | Radiator parts | |
| 18-June-2013 | | 6072 | $ 8,000.00 | J301 | Gauge set, includes tach and speedo, amp, brake, oil pressure, temp etc | |
| 13-June-2013 | | 6073 | $ 1,500.00 | J117 | Dual coil assembly with pop out ignition switch | |
| 01-August-2013 | | 6092 | $ 2,798.00 | J361 | Clutch pedal, brake pedal, adjusting lever, return springs, pedal spacer and accelerator return spring clips | |
| 01-August-2013 | | 6093 | $ 358.00 | 34aero | Shipping Charge V16 pistons | Delivered |
| 05-August-2013 | | 6094 | $ 2,798.00 | J117 | Brake Parts | |
| 05-August-2013 | | 6095 | $ 2,798.00 | J301 | Brake Parts | |
| 06-August-2013 | | 6096 | $ 6,900.00 | J301 | Firewall for J301 | |
| 14-August-2013 | | 6102 | $ 2,000.00 | J361 | New Long wheel base runningboard | |
| 14-August-2013 | | 6103 | $ 2,000.00 | J117 | New Long wheel base runningboard | |
| 14-August-2013 | | 6104 | $ 2,000.00 | J301 | New Long wheel base runningboard | |
| 16-August-2013 | | 6102 | $ 2,000.00 | J361 | New Long wheel base runningboard (paid twice) | |
| 16-August-2013 | | 6103 | $ 2,000.00 | J117 | New Long wheel base runningboard (paid twice) | |
| 16-August-2013 | | 6104 | $ 2,000.00 | J301 | New Long wheel base runningboard (paid twice) | |
| 27-August-2013 | | 6110 | $ 3,500.00 | J361 | Misc window mechanisms, Klaxton K22 horn motors, running board trim | |
| 29-August-2013 | | 6111 | $ 31,500.00 | J361 | Full rear axle, torque tube, brakes, drums and backing plates | Delivered |
| 05-September-2013 | | 6113 | $ 20,000.00 | J361 | Front & Rear fenders | |
| 05-September-2013 | | 6114 | $ 8,500.00 | J301 | Front & rear bumpers and backbars complete | |
| 05-September-2013 | | 6115 | $ 1,500.00 | J361 | Spare tyre carriers | |
| 05-September-2013 | | 6116 | $ 1,500.00 | J117 | Spare tyre carriers | |
| 05-September-2013 | | 6117 | $ 1,500.00 | J301 | Spare tyre carriers | |
| 16-September-2013 | | 6127 | $ 5,500.00 | J361 | Disappearing top mechanism, murphy body builder tags | |
| 25-September-2013 | | 6131 | $ 8,000.00 | J361 | Double coil assembly, chronograph, detailed starter | |
| 02-October-2013 | | 6136 | $ 22,500.00 | J361 | SJ Blower and parts | |
| 02-October-2013 | | 6137 | $ 5,000.00 | J361 | SJ Hood and sides | |
| 04-October-2013 | | 6138 | $ 4,000.00 | J361 | Original Supercharger spiker drive, all new balls bushings and internals | |
| 08-October-2013 | | 6140 | $ 4,000.00 | J361 | Used Flywheel and clutch | |

| 27-June-2013 | 6076 | $ 2,800.00 | V16 | Forged Piston custom made | Delivered |
| 25-June-2013 | 6075 | $ 2,800.00 | 31 Sports Phaeton | Forged Piston custom made | Delivered |
| 18-June-2013 | 6074 | $ 1,126.00 | Special order 1934 Cadillac | | |
| 27-June-2013 | 6077 | $ 4,000.00 | J301 | Chronograph, fully working with new glass and chrome | |
| 08-July-2013 | 6080 | $ 7,100.00 | 31AWP | Wiper motor, Tool kit,door handle, factory radio, parts | |
| 18-July-2013 | 6084 | $ 3,700.00 | J117 | Original Altimeter | |
| 01-August-2013 | 6092 | $ 2,798.00 | J361 | Master brake line & kit, shutoffs | |

| Date | # | $ | Model | Description | Status |
|---|---|---|---|---|---|
| 08-October-2013 | 6141 | 3,000.00 | J301 | 3 pieces rear axle and drive shaft parts | |
| 14-October-2013 | 6144 | 2,000.00 | Madam X | Used pair of V16 carburettors | |
| 14-October-2013 | 6145 | 12,625.00 | J361 | Parking lights, water pump, distributor and side pipes | |
| 14-October-2013 | 6146 | 23,400.00 | J117 | Tail lights, wiper motors, radiator shell, rear housing and torque tube | |
| 24-October-2013 | 6149 | 8,400.00 | J117 | All internal brake parts, brake drums, half shafts & hubs | |
| 29-October-2013 | 6150 | 8,300.00 | J301 | Headlights, taillights, fuel pump with housing | |
| 29-October-2013 | 6151 | 4,050.00 | J361 | Front fender & runningboard brackets, splash apron, toolbox and battery door | |
| 30-October-2013 | 6152 | 2,500.00 | J117 | Rebuilt S Schebler new float and accelerator pump | |
| 30-October-2013 | 6153 | 3,100.00 | 38Talbotcoach | UsedEX32 carburetors with kit, rebuilt EX32 from inventory | |
| 12-November-2013 | 6159 | 4,550.00 | J361 | Window lifter mechanisms, glass window frames, forged connecting rods Xray | |
| 12-November-2013 | 6160 | 5,100.00 | J117 | Murphy lifter mechanisms, windshield assembly | |
| 16-December-2013 | 6190 | 16,650.00 | J361 | | |
| 16-December-2013 | 6191 | 17,550.00 | J117 | | |
| 12-November-2013 | 6161 | 1,184.00 | J361 | SS high flow intake and exhaust valves | |
| 13-January-2014 | 6201 | 2,368.00 | 34aero/30roadster | Extreme SS high flow intake and exhaust valves | |
| 12-November-2013 | 6162 | 1,184.00 | J117 | SS high flow intake and exhaust valves | |
| 12-November-2013 | 6163 | 1,184.00 | J301 | SS high flow intake and exhaust valves | |
| 10-February-2014 | 6216 | 7,100.00 | J361 | Bijur chassis tub pump, cowl band, timing chains, gauges | |
| 12-March-2014 | 6264 | 5,000.00 | J117 | Drag link, taillight, rudge locking hubs, steering tube | |
| 12-March-2014 | 6265 | 2,500.00 | J361 | Used flywheel and clutch | |
| 02-April-2014 | 6272 | 5,700.00 | J117 | 1 pair murphy dues hood tops | |
| 31-March-2014 | 6276 | 60,000.00 | 35ConvSedan | Complete Dues Lubrication,clock work timing box, fuel pump | Delivered |
| 07-April-2014 | 6277 | 60,000.00 | 37ConvCoupe | 1935 Cadillac Convertible Sedan, in parts (but missing Title - need this) | Delivered |
| 22-May-2014 | 6278 | 30,000.00 | 31 Cadillac Parts | 1937 Cadillac Convertible Sedan, in parts (but missing Title - need this) | Delivered |
| 08-September-2014 | 6223 | 2,500.00 | J361 | Assorted Parts | |
| 08-September-2014 | 6322 | 5,250.00 | J301 | Set of 4 machined outside exhaust manifolds, set of 4 machined pipe collars | |
| 08-September-2014 | 6321 | 5,250.00 | J117 | Set winter louvers and new rear gas tank aprons | |
| 27-August-2014 | 6314 | 1,200.00 | No allocation | Original complete Sun Distributor | Delivered |
| 27-August-2014 | 6313 | 4,000.00 | J361 | New high speed ring and pinion for Model J | |
| 27-August-2014 | 6312 | 1,800.00 | J117 | Full set NOS timing chains upper and lower | |
| 08-September-2014 | 6324 | 4,800.00 | J361 | Pair front frame covers, battery box, running board aprons, long wheel base wood running board | |
| 25-September-2014 | 6333 | 4,600.00 | J361 | Complete E brake assembly, ebrake shoes, hood hold downs, hood/battery/tool box handles, SS hood locks matching keys | |
| 25-September-2014 | 6334 | 12,000.00 | J117 | Engine fan hub, complete sets, hot and battery, hood hold downs, front axle tie rods, parking lights, bakelite steering wheel, E brake assembly | |
| 25-September-2014 | 6335 | 9,000.00 | J301 | Complete E brake assembly, ross steering box, complete headlight bar | |
| 25-September-2014 | 6336 | 6,500.00 | J117 | Pair complete rear axles half shafts | delivered |
| 02-October-2014 | 6338 | 1,184.00 | J578 | SS high flow intake and exhaust valves | |
| 02-October-2014 | 6340 | 40,000.00 | J578 | Complete Hyflex transmission, with pedal assembley and shift tower | |
| 02-October-2014 | 6341 | 440.00 | J361 | SS choke cable with chrome and painted knob. SS starter control cable with chrome and knob | |
| 01-November-2014 | 6339 | 80,000.00 | J578 | Complete Duesenberg Engine, all components | Delivered |
| 06-November-2014 | 6354 | 25,200.00 | J301 | Front axle with rebuilt kink pins, set of rebuild 19" wheels with lock rings | |
| 24-November-2014 | 6363 | 5,731.00 | J361 | Running board trim strip retainers, short and long SS front cover bolts, splash pan set, machined interior door panels | |
| 24-November-2014 | 6364 | 3,510.00 | J117 | Running board trim strip retainers, used rebuilable master cylinder, set of new CNS | |
| 24-November-2014 | 6365 | 1,700.00 | No allocation | 1 set of intake and exhaust cams original condition | |
| 14-December-2014 | 6368 | 885.00 | No allocation | Custom grind Dues intake cam, exhaust cam,rod journal surfaces | |
| 14-December-2014 | 6369 | 6,484.00 | J361 | Cylinder head rebuilt, 32 x new valve guides,full set Cam bearing shells | |
| 14-December-2014 | 6370 | 450.00 | J361 | Mill and Deck Dues Cylinder head | |
| 17-December-2014 | 6375 | 6,934.00 | J301 | Mill and Deck Dues Cylinder head | |
| | | | | Hook up ceramic sealer injection machine. | |
| 28-January-2015 | 6407 | 6,934.00 | J578 | Mill and Deck Dues Cylinder head, New valve guides, dues J cylinder head complete rebuild, full set of cam bearing shells | |

| Date | ID | Amount | Allocation | Description |
|---|---|---|---|---|
| 28-January-2015 | 6408 | $ 1,190.00 | J117 | Full set of cylinder head bolts in SS, 1 full set of short and long SS front cover bolts |
| 12-February-2015 | 6417 | $ 2,349.00 | J361 | Set of 8 Duesenberg pistons |
| 06-April-2015 | 6445 | $ 18,500.00 | J361 | SJ blower, assembled using parts purchased Inv 6136. |
| 12-April-2015 | 6450 | $ 3,989.00 | J361 | Labour to build complete radiator from new core, sublet labour |
| 27-April-2015 | 6460 | $ 3,989.00 | J117 | Labour to build complete radiator from new core, sublet labour |
| 04-May-2015 | 6466 | $ 3,989.00 | J301 | Labour to build complete radiator from new core, sublet labour |
| 09-June-2016 | 6488 | $ 20,000.00 | J361 | Murphy convertible top, cowl pieces etc |
| 14-June-2015 | 6491 | $ 10,750.00 | J361 | Complete doors off a Murphy, L&R window mechanisms, cowl skins and commission |
| 14-June-2015 | 6492 | $ 1,000.00 | J117 | Complete set of Bijur lines |
| 23-June-2015 | 6497 | $ 3,450.00 | J361 | Orig disappearing top complete clamshell lid |
| 26-October-2015 | 6560 | $ 949.00 | No allocation | Assorted lot of authentic auburn cord, dues firewall and grill tags, badges |
| 26-October-2015 | 6561 | $ 2,400.00 | J361 | Complete Chassis rebuild kit |
| 26-October-2015 | 6562 | $ 2,400.00 | J117 | Complete Chassis rebuild kit |
| 26-October-2015 | 6563 | $ 2,400.00 | J301 | Complete Chassis rebuild kit |
| 08-November-2015 | 6564 | $ 2,950.00 | J361 | New set Dues 4 leaf springs, rebuilt & sleeved brake cylinders for rear axle, BK brake pressure switch for dash |
| 08-November-2015 | 6565 | $ 4,900.00 | J117 | New set Dues 4 leaf springs, Original steering wheel, chrome steering hub |
| 08-November-2015 | 6566 | $ 1,400.00 | J301 | New set Dues of 4 leaf springs with brass eyelets installed set of 4 |
| 08-November-2015 | 6567 | $ 700.00 | J361 | Original chrome Bijur firewall container for oiling system with orig firewall clamps |
| 08-November-2015 | 6568 | $ 700.00 | J117 | Original chrome Bijur firewall container for oiling system with orig firewall clamps |
| 08-November-2015 | 6569 | $ 1,750.00 | J301 | Orig Dues outer cowl band |
| 08-November-2015 | 6591 | $ 2,955.00 | J361 | NOS Full bearings set for diff, Steering bearing set, NOS rear axle bearings |
| 23-November-2015 | 6592 | $ 2,955.00 | J117 | NOS Full bearings set for diff, Steering bearing set, NOS rear axle bearings |
| 23-November-2015 | 6593 | $ 325.00 | J301 | Steering bearing set to rebuild Ross steering box |
| 23-November-2015 | 6594 | $ 1,000.00 | Hispano | NOS set of H&B Hispano Suiza ignition sets |
| 26-November-2015 | 6600 | $ 2,630.00 | J301 | NOS full bearings sets for diff & rear axles |
| 26-November-2015 | 6601 | $ 198.00 | No allocation | 1930 Cadillac rear window frame and routed wood window frame insert |
| 27-December-2015 | 6622 | $ 7,450.00 | J117 | Steering quadrant centre assembly, dash light & dual ignition coil set. Complete NON SJ standard exhaust system & cutouts |
| 27-December-2015 | 6623 | $ 2,000.00 | J301 | Steering quadrant centre assembly & dash light set |
| 27-December-2015 | 6624 | $ 4,450.00 | J361 | SJ exhaust system complete, new cast brass exhaust cutouts |
| 27-December-2015 | 6625 | $ 7,000.00 | J301 | Complete original J radiator winter front louvre set with all linkages |
| 06-January-2016 | 7001 | $ 1,800.00 | J301 | Fully rebuilt model S Scheber for Dues new float & accelerator pump. |
| 06-January-2016 | 7002 | $ 2,000.00 | J117 | Rebuilt dual coil with pop out ignition, rewound original Delco remy coils |
| 06-January-2016 | 7003 | $ 2,000.00 | J301 | Rebuilt dual coil with pop out ignition, rewound original Delco remy coils |
| 06-April-2016 | 7076 | $ 800.00 | J361 | Packing supplies |
| 20-April-2016 | 7089 | $ 14,000.00 | J361 | Complete rear body section, orig cowl section, windshield assembly, comp top mechanism, orig folding sets |
| 28-April-2016 | 7099 | $ 1,500.00 | J361 | All door hinges, interior handles, recast door and windows, door jamb chrome trim new |
| 04-May-2016 | 7103 | $ 1,500.00 | J301 | Oil pump complete, unbroken with gears, float and drain control |
| 04-May-2016 | 7104 | $ 1,350.00 | J301 | Murphy trunk rack brackets, steering column control rods, running board cast and machined spacer set |
| 04-May-2016 | 7105 | $ 7,100.00 | J361 | Original Firewall 2378, still tagged from Jim Hoe dated 1953 |
| 05-May-2016 | 7109 | $ 6,990.00 | J301 | Original flash radiator mascot with cap, complete set of parking lights with cowl arms, pair of rear axle radius support tubes |
| 08-May-2016 | 7110 | $ 19,600.00 | J361 | Cutoff front frame section of chassis 2378, Dom Sommers restored chrome wire wheels 19", Head Pilot ray driving lights |
| 12-May-2016 | 7112 | $ 6,500.00 | J361 | Nice solid pair of rear fenders, SJ hoods tops and sides |
| 12-May-2016 | 7113 | $ 2,000.00 | J361 | Fulls set of Bijur lines & fittings, new set of front axle bearings, small oil pressure, brake pressure, fuel gauges |

| Date | Number | Price | Code | Description |
|---|---|---|---|---|
| 23-May-2016 | 7117 | $ 9,800.00 | 30AWP, Madam X, 4335, 4276 | 1930-31 V16 Tanks New Stainless steel Gas tanks (4 off). |
| 26-May-2016 | Email correspondence | $ 10,000.00 | No allocation | Rollston and Hispano Parts - see email correspondence |
| 01-June-2016 | 7118 | $ 9,000.00 | J361 | Rollston rear tub components |
| 02-June-2016 | 7119 | $ 35,500.00 | Hispus | Hispano chassis motor and H6B frame, Use H6B chassis with axle springs |
| 22-June-2016 | 7129 | $ 2,050.00 | J361 | Dues gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7130 | $ 2,050.00 | 1117 | Dues gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7131 | $ 2,050.00 | J301 | Dues gas tanks utilizing all the castings you purchased, completely redone |
| 28-December-2016 | 7206 | $ 2,500.00 | J361 | New manufactured pair of Dues Rear overjoy hydraulic shock absorbers L&R, |
| 28-December-2016 | 7207 | $ 2,500.00 | 1117 | New manufactured pair of Dues Rear overjoy hydraulic shock absorbers L&R, |
| 28-December-2016 | 7208 | $ 2,500.00 | J301 | New manufactured pair of Dues Rear overjoy hydraulic shock absorbers L&R, |
| 22-March-2017 | cad-pt3-22 | $ 50,000.00 | 33AWP | 1933 Cadillac All Weather Phaeton -in Parts - not given VIN nor title |
| 28-April-2017 | 7264 | $ 85,000.00 | 67 Ferr | 1967 Ferrari 330GT 2+2 in parts; engine completely restored; not given VIN nor title |
| 08-June-2017 | 7285 | $ 54,000.00 | 31AWP | 1930/31 Cadillac All Weather Phaeton - not given VIN nor title |
| 31-July-2017 | 7300 | $ 17,300.00 | 67 Ferr | NOS full set complete windshield trim, rear window trim set, set to do both front doors, inner rocket panels, alum steering wheel etc. Various parts |
| 31-August-2017 | 7308 | $ 11,500.00 | J301 | Original leather SJ supplement manual, set accessory shocks, box of original Murphy body hardware, sundry Dues items |
| 12-September-2017 | 7314 | $ 19,625.00 | 31AWP | 1931 Wheels set of 6, metal low boy trunk with original luggage, rebuilt carburettors, delco coils & radiator |
| 04-October-2017 | 7319 | $ 6,950.00 | No allocation | Full set of V16 gauges and a new dash face panel |
| 19-October-2017 | 7324 | $ 10,300.00 | J361 | Rollston parts, interior items, full set of original splash aprons, SJ specific items, trans rebuild parts |
| 31-October-2017 | 7327 | $ 5,250.00 | J361 | Rollston parts, Radio & Luggage |
| 13-November-2017 | 7404 | $ 5,700.00 | J578 | 1 used original Duesenberg transmission, very complete, with shifter and some pedals |
| 16-November-2017 | 7408 | $ 2,500.00 | J361 | Complete torque tube from the rear end pumpkin to the transmission, incl the large cast alum yoke. |
| 26-November-2017 | 7409 | $ 4,450.00 | J361 | 30 original tools, complete orig regulator with Delco cover, parking light parts, NOS Bijur tank, Set of SJ front fender braces etc |
| 29-November-2017 | 7411 | $ 3,000.00 | J361 | Large wooden smoking set. Covered compartment with makeup compacts, mirror, perfume containers,brush, 2 vanity sets |
| 03-December-2017 | 7413 | $ 3,400.00 | J361 | Rear set, rear gas tank apron, full set of chrome trim spears, full set original latchs and keys |
| 11-December-2017 | 7419 | $ 13,800.00 | J361 | Part of original front cowl section, a complete set of oroginal frame side rails, set of orig running board brackets |
| 11-December-2017 | 7420 | $ 2,250.00 | J361 | Original Duesenberg accessory mascot "Pegasus" |
| 19-December-2017 | 7423 | $ 5,250.00 | J361 | Pair of Rollston doors, Box of engine internals etc timing gears, oil pump drives, chain tensioners etc |
| 29-December-2017 | 7427 | $ 4,650.00 | J361 | Decorative trim for around drivers & passengers doors, rollston conv top rear window, parts from rear tube of body |
| 03-January-2018 | 7503 | $ 3,450.00 | J361 | Complete trunk rack and all the brackets, pair of chrome wiper motors, already restored |

Parts Delivered to Concours Motorcars, c/o Clark and for subsequent shipping to Australia (but have not received)

| Date | | | | Description |
|---|---|---|---|---|
| Aug-16 | | 2300 | | 1 1938/1939 V-16 Cadillac Engine (from the Doug Houston Deceased Estate) |
| Aug-16 | | 200 | | Box Box of carbs $200 (got these) - Doug Houston (see photo) |
| | | 750 | | 2 1939 V16 taillights $750 (got these) - Doug Houston |
| circa 2014 | | | | 2 1930/31 Johnson Carburetors (fit 1930/31 Cadillac V-16 Engine) |