**LAW OFFICES OF BRUCE SHAW, P.C.**

| | |
|---|---|
| **2735 Terwood Road** | **Sentry Office Plaza, Suite 604** |
| **Willow Grove, PA 19090** | **216 Haddon Avenue** |
| **Phone 267-374-4290 (phone)** | **Westmont, New Jersey 08108** |
| **Fax 215.657.6816 (fax)** | **856.858.1011(phone)** |
| **Email: sgehringer@shawlaws.com** | **856.858.4674(fax)** |

June 14, 2019

Hon. Frank P. Geraci, Jr.
United States District Judge
100 State Street
Rochester, New York 14614

**RE:   Morgan v. Concours Classic Motor Cars, Inc., et al., Case No. 6:18-cv-06778-FPG-MWP**

Dear Judge Geraci:

   The parties have come to a settlement of the above-referenced case. The terms of the settlement state that the Defendant will provide the Plaintiff with the vehicle parts that are the subject of the litigation and upon doing so, the parties will stipulate as to the dismissal of this case.

   As such, I respectfully request that the case remain open for a period of time not less than ninety (90) days to allow the Defendants the opportunity to fully perform their obligations under the settlement. If settlement cannot be consummated within this period of time, the parties may request that the deadline be extended accordingly.

Sincerely,

*/s/ Stephen F. Gehringer, Esq.*

Stephen F. Gehringer, Esquire

cc: David R. Morabito, Esq. via ECF