UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MORGAN

                        Plaintiff(s),

                                            ***MEDIATION CERTIFICATION***

                                                        18 - cv - 6778

                      v.

CONCOURS CLASSIC CARS, et al.,

                        Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___4/5/19___.

    ☑ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 04/05/2019                                        **Mediator:** /S/ Richard Rosenbloom, Esq.

***Additional Comments:***
Parties working together on delivery of subject goods.
Need time for performance of settlement agreement.

[Print]  [Clear Form]