## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

ROSS MORGAN                :
          Plaintiff        :
                       :      **NO.  6:18-cv-06778-FPG-MWP**

     vs.                     :

CONCOURS CLASSIC MOTOR CARS,      :      **AFFIDAVIT OF ROSS MORGAN**
INC. DBA CONCOURS CLASSIC
RESTORATION                    :
                       :
     and                   :
                       :

CLARK RITTERSBACH,            :
            Defendants      :

1. I am the Plaintiff in the above-captioned matter, and I have personal knowledge of the facts set forth herein.

2. I submit this Affidavit in support of Plaintiff's motion, pursuant to Rule 64 of the Federal Rules of Civil Procedure and Section 3218 of the New York Civil Practice Law and Rules, for the entry of judgments against defendants Clark Rittersbach ("Clark Rittersbach"), Concours Classic Motor Cars, LLC dba Concours Classic Restoration ("Concours") (collectively, the "Defendants").

3. As further detailed in Plaintiff's Complaint (Dkt. 1), filed on October 29, 2018, I commenced this action to recover damages resulting from (a) the Defendants' consumer and common law fraud inducing me to pay for motor vehicle components that the Defendant never possessed; (b) Defendants' material breach and default under the oral agreement between us to provide numerous motor vehicle components.

4. Concours was served with a copy of the Summons and Complaint pursuant to Rule 4(h)(1)(A) and (B) of the Federal Rules of Civil Procedure via personal delivery to an

agent of the New York Department of State on November 15, 2018, as reflected by proof of service filed on November 26, 2018. (Dkt. 3).

5. The Defendants were served with a copy of the Summons and Complaint pursuant to Rule 4(h)(1)(A) and (B) of the Federal Rules of Civil Procedure via personal delivery to Rittersbach, as an individual and the registered agent of and individual authorized to accept service on behalf of Concours, on November 17, 2018, as reflected by proof of service filed on November 26, 2018. (Dkt. 4).

6. Thus, this Court has personal jurisdiction over all Defendants in this action.

7. Pursuant to the Standing Order dated January 20, 2010 regarding Alternative Dispute Resolution and Local Rules, I and Defendants arranged to participate in mediation.

8. On April 5, 2019, I and Defendants participated in mediation before the Honorable Richard Rosenbloom, Esq.

9. At this time, we negotiated the terms of a Settlement Agreement in an attempt to resolve all claims that were or could have been asserted in this action.

10. These agreements were later reduced to writing and signed by all parties. *A true and correct copy of the Settlement Agreement is attached hereto and made a part hereof and identified as Exhibit "A."*

11. Pursuant to the Settlement Agreement, the parties agreed that the Settlement Agreement ". . . shall be interpreted and construed in accordance with the laws of the State of New York, without giving effect to the principles relating to conflict of law. The Parties hereto consent to the exercise of personal jurisdiction by the United States District Court for the Western District of New York. . ." *See Exhibit "A"* at § 14.

12. Pursuant to the Settlement Agreement, Defendants agreed to make a substantial shipment of vehicle parts each month after providing a complete manifest, photographs and an opportunity to inspect the proposed shipment. *See Exhibit "A"* at § 4-5.

13. As part of the settlement, Rittersbach (on behalf of himself and on behalf of Concours) executed Affidavits of Confession of Judgment. *A true and correct copies of the Affidavits of Confession of Judgment are attached hereto and made a part hereof and identified as Exhibit "B" (Rittersbach) and Exhibit "C" (Concours).*

14. In each Affidavit of Confession of Judgment, the Defendants consented to jurisdiction and venue and further authorized entry of judgment in "any state or federal court of competent jurisdiction located in any county of New York." *See Exhibit "B"* at ¶ 3; *Exhibit "C"* at ¶ 3.

15. In each Affidavit of Confession of Judgment, the Defendants acknowledged the relief is justly due and owing from the Defendants to me arising from the facts alleged in Plaintiff's Complaint by referencing the underlying litigation and referring to those facts and list of missing vehicle parts in the Settlement Agreement that is attached to each affidavit as an integrated exhibit. *See Exhibit "B"* at ¶ 5(a), (b), *Exhibit "C"* at ¶ 5(a), (b).

16. The Affidavits of Confession of Judgment further provide that I am authorized to enter judgment in the event that Defendants fail to perform as provided for in the Settlement Agreement. Specifically, the Affidavits of Confession of Judgment authorize entry of judgment "in an amount of $1,475,027.50 plus post-judgment interest, less any subsequent payments or reductions received by the Plaintiff." *See Exhibit "B"* at ¶ 4, *Exhibit "C"* at ¶ 4. The affidavits further provide that "Defendant consents to the filing and enforcement by Plaintiff of this Affidavit of Confession of Judgment for the Confessed Amount, plus

costs, disbursements and *reasonable attorneys' fees* incurred during the litigation. . ."

*Exhibit "B"* at ¶ 5(b), *Exhibit "C"* at ¶ 5(b). *Emphasis added.*

17. Aside from providing photographs of some of the vehicle components on May 14, 2019, the Defendants have not complied with any of their obligations under the Settlement Agreement.

18. On June 18, 2019, my counsel, Stephen F. Gehringer, Esq., provided written notice to David Morabito, Esq., attorney for the Defendants, notifying him that the Defendants were in material breach and default under the Settlement Agreement. *A true and correct copy of the June 18, 2019 correspondence is attached hereto and made a part hereof and identified as Exhibit "D."*

19. On July 17, 2019 my counsel, Stephen F. Gehringer, Esq., provided written notice to David Morabito, Esq., attorney for the Defendants, notifying him a second time that the Defendants were in material breach and default under the Settlement Agreement and providing notice of intent file for judgments against Defendants based on the Affidavits of Confession of Judgment that each of the Defendants executed in conjunction with the Settlement Agreement. *A true and correct copy of the July 17, 2019 correspondence is attached hereto and made a part hereof and identified as Exhibit "E."*

20. On or about July 23, 2019, the Defendants directly communicated with my counsel that unidentified parts were available to be retrieved. No further information was given.

21. On or about July 23, 2019, my counsel responded to the Defendants by electronic mail, while copying the same to the Defendants' counsel, and declined the Defendants' offer to deviate from the negotiated terms of the settlement; to wit, the Defendants attempted to shift the burden to the Plaintiff to pick up the components when it is the Defendants' duty

to ship them; the Defendants have never provided a manifest, and the Defendants did not provide the Plaintiff an opportunity to inspect the components. My counsel requested that the Defendants provide photographs of all components and a manifest. *A true and correct copy of the July 23, 2019 correspondence is attached hereto and made a part hereof and identified as Exhibit "F."*

22. Defendants' counsel represented that he would attempt to contact Defendant on or about August 5, 2019. *A true and correct copy of the August 3, 2019 correspondence is attached hereto and made a part hereof and identified as Exhibit "G."*

23. As of today, Defendants have never fulfilled any condition prerequisite to providing the Plaintiff with any shipment of vehicle components and, therefore, has failed to perform under the settlement and failed to provide Plaintiff with any shipment of vehicle parts.

24. Despite being notified of their default, Defendants have not cured their default and have not made any shipment of vehicle parts to me pursuant to the Settlement Agreement.

25. In accordance with the terms of the Settlement Agreement and the Affidavits of Confession of Judgment, the proper amount of the judgments to be entered is $1,512,981.00, which is computed to a sum certain by adding the following amounts:

   a. $1,475,027.50, which is the amount originally due as noted in paragraph 6 of the Settlement Agreement (Exhibit "A") and in paragraphs 4 of the Affidavits of Confession of Judgment (Exhibits "B" and "C");

   b. $618.50 which is the amount of costs and expenses that Plaintiff has incurred in connection with this action and represents the sum of $400.00 to file the action and expenses of $278.50 for service of process on the Defendants; and

    c.  $37,275.00, which is the amount of attorneys' fees that Plaintiff has incurred in connection with this action, which are recoverable under the express terms of both the Settlement Agreement and Affidavits of Confession of Judgment (the calculation of this amount is detailed in the Declaration of Stephen F. Gehringer, Esq., submitted herewith).

26. Accordingly, I respectfully request that the Court issue an Order directing the Clerk of Court to enter judgments against defendants Clark Rittersbach and Concours Classic Motor Cars, LLC dba Concours Classic Restoration, pursuant to the legal authority cited in the accompanying Memorandum of Law, in the sum certain of $1,512,981.00 with such amount recoverable from Defendants, jointly and severally.

Dated this 31st day of August 2019

BY: _Ross David Morgan_

ROSS MORGAN, Plaintiff

Affirmed at _Mirrabooka_

this 31st day of _August_ 2019,

_____
Signature of deponent making this affidavit

before me:

_____
Signature of authorized witness

JUSTICE OF THE PEACE
ANGELINA COCKRAM
I.D. 8977
WESTERN AUSTRALIA

# EXHIBIT "A"

## MUTUAL RELEASE AND SETTLEMENT AGREEMENT

**KNOW ALL MEN BY THESE PRESENTS:**

**THIS MUTUAL RELEASE AND SETTLEMENT AGREEMENT** ("Release") is made and entered into by and between ROSS MORGAN (Plaintiff) and CLARK RITTERSBACH and CONCOURS CLASSIC MOTOR CARS, LLC (Defendants).

**WHEREAS,** Plaintiff and Defendant are engaged in litigation in the United States District Court for the Western District of New York, Case No. 6:18-cv-06778-FPG-MWP (the "Litigation"), alleging that the Defendants have committed acts of fraud and breach of contract by failing to deliver to him vehicle parts and components (the "parts"), a list of which is attached hereto as Exhibit "A," valued at $1,475,027.50.

**WHEREAS,** the Defendants deny the of Plaintiff's allegations with the exception that the Defendants admit the truth and accuracy of the list of undelivered parts, see Exhibit "A," and admits that the values started therein are true and correct; and

**WHEREAS,** the Defendants have filed Counterclaims; and

**WHEREAS,** it is the intention of the Parties hereto as reflected in this Mutual Release and Settlement Agreement and upon the satisfaction of its terms and conditions, to effect the final compromise, settlement and release of all claims, obligations, demands, actions causes of actions, debts, sums, injuries, penalties, fines, disputes, and other controversies between the Parties, from the beginning of time, up through and including the present, including specifically but not limited to those claims which have been asserted in the Litigation; and

**NOW, THEREFORE,** in consideration of the above Recitals and the mutual covenants and agreements contained in this Settlement Agreement and Mutual Release, and for other good and valuable consideration, it is hereby agreed by and between the Parties as follows:

1. The Recitals set forth above are accurate and are incorporated into this Mutual Release and Settlement Agreement document, as if fully set forth herein;

2. The Defendants must sign Affidavits of Confession of Judgment that meets all requirements of the New York Civil Procedure Law & Rules (CPLR) 3218 and provide the originals to the Plaintiff. The judgment sum shall remain blank and, in the event, that the Defendants fail to deliver **all** parts, the Defendants expressly authorize the Plaintiff to enter the judgment sum for the remaining value of the undelivered parts and for all Plaintiff's attorneys' fees.

3. Defendants agree to ship **all** remaining parts, see Exhibit "A," as a condition precedent to dismissal of the Litigation.

Initials: RM_____ CR _CR_

4. The following terms and conditions will govern each shipment of parts

    a. Defendants shall provide the Plaintiff with notice of a shipment of parts at least five (5) business days prior to the parts being shipped.

    b. With the notice required in Section 3(a), the Defendants must provide individual photographs of all of the parts to be shipped before they are packaged.

    c. With the notice required in Section 3(a), the Defendants must provide a complete manifest of those parts that identify the Concours Classic Motor Cars, LLC invoice on which the part is listed and value as stated on the invoice.

    d. Defendants must allow Plaintiff or his agent to inspect the parts of each shipment prior to the same being loaded into the container.

    e. Contemporaneously with the shipping of parts, the Defendants must provide the Plaintiff with any bill of lading, shipping application and receipt or other documents required by Australian Customs.

    f. Timely complete the Asbestos Declaration Form required by Australian law.

    g. Defendant shall ship the parts to Ross Morgan, 9 Cressall Road, Balcatta, Perth 6021 in Australia.

5. The Defendant must ship the parts on the following schedule:

    a. The first container must be shipped on or before May 22, 2019.

    b. Each container thereafter must be shipped on or before the fifteenth (15th) of the following months. Should that date fall on a holiday, the Defendants shall ship the parts on the first business day thereafter.

6. The total value of parts in each shipment shall be deducted from the Plaintiff's damages of $1,475,027.50.

7. Should the Defendants deliver all parts in the time and manner required:

    a. Then upon receipt of the final shipment, the Plaintiff shall voluntarily dismiss the Litigation with each side to bear its own costs and fees; and

    b. The parties, on their own behalf and on behalf of their assigns, employees, agents, representatives, officers, partners, shareholders and successors, hereby mutually acquits, releases, and forever discharges the other and any

Initials: RM ___ CR _CR_

and all persons, firms, corporations, employees, agents, officers, partners, shareholders, successors and assigns from any and all claims, actions, causes of actions, demands, damages, costs, loss of services, expenses, injuries, compensation and any and all consequential damages including any matter brought in any forum, administrative or judicial, on account of or in any way growing out of any and all known and unknown claims, demands, damages, expenses, actions, causes of actions, debts, sums, penalties, fines, disputes and/or controversies, or any other relief relating to or in any way connected with the Litigation;

8.  Should the Defendants fail to deliver any of the parts in the time and manner required:

   a.  The Defendants expressly authorize the Plaintiff to enter a judgment sum on the Affidavits of Confession Judgment for the remaining value of the undelivered parts and for all Plaintiff's attorneys' fees. The Defendants expressly authorize the Plaintiff to enter judgment against them pursuant to the Affidavits of Confession Judgment.

   b.  The Defendants, on their own behalf and on behalf of their assigns, employees, agents, representatives, officers, partners, shareholders and successors, must acquit, release, and forever discharge the Plaintiff and any and all persons, firms, corporations, employees, agents, officers, partners, shareholders, successors and assigns from any and all claims, actions, causes of actions, demands, damages, costs, loss of services, expenses, injuries, compensation and any and all consequential damages including any matter brought in any forum, administrative or judicial, on account of or in any way growing out of any and all known and unknown claims, demands, damages, expenses, actions, causes of actions, debts, sums, penalties, fines, disputes and/or controversies, or any other relief relating to or in any way connected with the Litigation.

9.  The Defendants certify that they legally own and are able to transfer good and marketable ownership and title to all of the parts they provide to the Plaintiff. The Defendants agree to indemnify, defend and hold harmless Plaintiff from any and all claims or actions on that dispute the Defendants' ownership of the parts, the validity of the transfer of the parts to the Plaintiff or the Plaintiff's possession of the parts.

10. In entering into this Mutual Release and Settlement Agreement, the Parties affirm that they have been represented by counsel who are the attorneys of their choice in the negotiation and drafting of this Mutual Release and Settlement Agreement and/or have been afforded the opportunity to consult with counsel who are the attorneys of their choice in negotiating the drafting of this Settlement Agreement. Accordingly, this Mutual Release and Settlement Agreement shall not be strictly construed against any party, and the rule of construction of contract resolving ambiguities against the drafting party shall be inapplicable.

Initials: RM_____ CR _____

11. If any part, term or provision of this Mutual Release and Settlement Agreement is held by a court of competent jurisdiction to be invalid, illegal, unenforceable or otherwise in conflict with law, this Mutual Release and Settlement Agreement shall be construed and enforced as if it did not contain the particular part, term or provision held to be invalid.

12. This Mutual Release and Settlement Agreement on the part of the parties hereto shall be a fully binding on the Plaintiff and Defendants and all parties represented by or claiming through Plaintiff and Defendants.

13. This Mutual Release and Settlement Agreement contains the entire agreement between the parties hereto with regard to the matter set forth in it and shall be binding upon and inure to the benefit of the executors, administrators, personal representatives, heirs, successors and assigns of each.   There are no other understandings or agreements, verbal or otherwise, in relation thereto, between the parties hereto.

14. The Parties agree that this Mutual Release and Settlement Agreement shall be interpreted and construed in accordance with the laws of the State of New York, without giving effect to the principles relating to conflict of law.  The Parties hereto consent to the exercise of personal jurisdiction by the United States District Court for the Western District of New York and agree that any lawsuit arising from or in any matter connected to this Agreement shall be prosecuted in that Court.

15. This Mutual Release and Settlement Agreement may be executed by the parties in any number of counterparts, each of which with an original signature of a party or parties and shall serve as a Release of that party's or parties' rights.

16. The Parties acknowledge and represent that the Signators to Mutual Release and Settlement Agreement document are duly authorized to affix their respective signatures to this Agreement and each Party hereto warrants and represents that they intend to be legally bound by this Mutual Release and Settlement Agreement document.

## CAUTION: READ BEFORE SIGNING,
## THIS IS A RELEASE.

AND  WITNESS  WHEREOF,  Plaintiff and Defendant, each intending to be legally bound by the terms of this Mutual Release and Settlement Agreement, hereunto set their hand and seal below:

Page 4 of 5                                                        Initials: RM _____ CR _____

BY: _____       Date: 24 th May 2019
ROSS MORGAN, Plaintiff

BY: _____       Date: 5/21/19
CLARK RITTERSBACH, Defendant

BY: _____       Date: 5/21/19
CONCOURS CLASSIC MOTOR CARS, LLC,
Defendant

Initials: RM ____ CR C R

# EXHIBIT "A"

Concours Classic Motor Cars
Invoice Register

| Date | Invoice Number | Amount | Vehicle | Description | Delivered |
|---|---|---|---|---|---|
| | | $ 1,895,275.50 | | | |
| | | | | | Delivered |
| | | | | | Delivered |
| | | | | | |
| 21-August-2012 | ACD Festival 2012 | $ 57,500.00 | 1861 Murphy | Engine including Misc parts, Timing and Engine parts too, Chassis parts, Body parts. | |
| 21-August-2012 | ACD Festival 2012 | $ 51,750.00 | 117 LaGrande | Engine including Misc parts, Timing and Engine parts too, Chassis parts, Body parts. | |
| 30-August-2012 | ACD Festival 2012 | $ 32,775.00 | Miscellaneous 1861/117 parts | Full set of 4 chrome wheels, Bell housing for 1861 Murphy, Misc engine parts, misc parts lot, casing and engine parts lot, chassis & body parts too allocation | |
| 30-August-2012 | ACD Festival 2012 | $ 23,303.00 | Commission, transport, & packing exes | 15% Commission for procuring, expertise and profit on auction purchase. $21,303 USD. Transport, packaging and travel expenses $2500 USD | |
| 30-August-2012 | Swap Meet Purchases | 14650 | 1861 Murphy Parts | Original gauges, Cast Alum dashboard, brake pressure gauge, windscreen assembly, pair of hood tops, full matching set knock offs 1861 Murphy. | |
| 30-August-2012 | Swap Meet Purchases | 4500 | 117 LaGrande Parts | Complete pair of lowered hood sides with rear doors (Original and perfect) | |
| 15-September-2012 | 5937 | $ 5,500.00 | 1861 | Complete Model I Chronograph, Original Days Altimeter | |
| 18-September-2012 | 5938 | $ 4,500.00 | 117 | Original Model I Chronograph, Original Rev Counter | |
| | | | | | Delivered |
| 26-September-2012 | 5940 | $ 6,500.00 | 1861 | Complete Model I cast alum firewall assembly | |
| 26-September-2012 | 5941 | $ 37,000.00 | 1861 | Murphy body parts as discussed | |
| 16-October-2012 | 5950 | $ 850.00 | Roadster | Salomount Mirror pair, restored with leather straps | |
| 16-October-2012 | 5951 | $ 5,577.50 | 1861 | Stromberg electric wiper motor, pair unrestored Delco Lovejoy shock, complete master cylinder | |
| 16-October-2012 | 5952 | $ 800.00 | 117 | Fully restored and rebuilt dues oil pressure gauge | |
| 16-October-2012 | 5953 | $ 3,650.00 | 1861 | Original brake drums, temp gauge, rear axle shaft (broken), unbroken orig fuel pump housing assembly | |
| 22-October-2012 | 5962 | $ 14,950.00 | 1861 | Complete grill set, headlight bar, pair headlights, horn and lower cowl assembly | |
| | | | | | Delivered |
| 25-October-2012 | 5966 | $ 2,099.00 | 1861 | New original style radiator core (bare no tanks) | |
| 25-October-2012 | 5967 | $ 2,699.00 | 117 | New original style radiator core (bare no tanks) | |
| 02-November-2012 | 5968 | $ 6,500.00 | 117 | Complete Model I cast alum firewall assembly | |
| 02-November-2012 | 5970 | $ 5,500.00 | 1861 | Overselling time box shock work lots (complete and in good condition) | |
| 02-November-2012 | 5971 | $ 3,675.00 | Packard 745 | Roadster cowl and parts | |
| 09-November-2012 | 5973 | $ 6,450.00 | 1861 | Full set of Murphy disappearing top top castings. Front bumper assembly, rear bumper center medallion | |
| 16-November-2012 | 5975 | $ 6,200.00 | 1861 | One Duesi rear bumper and backbar assembly complete | |
| 20-November-2012 | 5976 | $ 4,500.00 | 1861 | 1 pair of original hood side with scalloped louvres and doors | |
| | | | | | Delivered |
| 14-January-2013 | 6001 | $ 900.00 | 117 | Shipping charge | |
| | | | | | Delivered |
| 16-January-2013 | 6003 | $ 4,000.00 | 117 | Dues wheel hubs and rims | |
| 11-February-2013 | 6008 | $ 5,550.00 | 1861 | Original shift lever, marble and black shift knob, original F basin flying man accessory cap original | |
| 11-March-2013 | 6015 | $ 1,400.00 | 117 | Murphy wiper motors, used 1 pair | |
| 11-March-2013 | 6016 | $ 8,700.00 | 1861 | Bragg Kliescoth brake valve, new casting, steering wheel, new light switch, retirement motors | |
| 11-March-2013 | 6017 | $ 12,500.00 | 1861 | Steering box without steering wheel, 1 pair of Dues headlights complete | |
| 17-March-2013 | 6024 | $ 3,850.00 | 117 | Upper cowl vent casting, trunk rack, pitman arm | |
| 17-March-2013 | 6025 | $ 2,800.00 | 117 | Upper and lower cowl vent casting and assembly, trunk rack | |
| 26-March-2013 | Final Long wheelbase Frame | $ 15,000.00 | Frame | Final Long base Frame | |
| 02-April-2013 | 6028 | $ 42,000.00 | 1801 | Dues block for use with 1901 bellhousing | Delivered |

| Date | No. | Price | Note | Description | Status |
|---|---|---|---|---|---|
| 02-April-2013 | 6029 | $ 8,000.00 | J117 | Original front and rear bumpers and backbars | |
| 02-April-2013 | 6030 | $ 40,000.00 | J361 | Complete original front axle with brake drums and jacks, rear axle half shaft pair, 4 original leaf springs | |
| 02-April-2013 | 6031 | $ 2,000.00 | No allocation | Buyers premium | |
| 10-April-2013 | 6033 | $ 1,500.00 | Packard | 5 Used Packard wire wheels | |
| 10-April-2013 | 6034 | $ 1,500.00 | J361 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 10-April-2013 | 6035 | $ 1,500.00 | J117 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 10-April-2013 | 6040 | $ 1,500.00 | J80 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 01-May-2013 | 6041 | $ 2,020.00 | J361 | Original style radiator core (bare with no tanks) | |
| 01-May-2013 | Email correspondence | | | Custom made V16 cowl vent assembly and drain gutter | |
| 01-May-2013 | 6045 | $ 434.00 | Custom made V16 cowl | Waterfront parts, 12 Shutter rivets, set of front shutters (16 piece), new brass 4 piece | |
| 01-May-2013 | 6046 | $ 3,020.00 | J361 | radiator shutter framework | |
| 13-May-2013 | 6055 | $ 4,645.00 | J117 | Radiator parts | |
| 13-May-2013 | 6056 | $ 4,645.00 | J90 | Radiator parts | |
| 13-May-2013 | 6057 | $ 4,645.00 | J361 | Radiator parts | |
| 13-May-2013 | 6072 | $ 8,000.00 | J361 | Gauge set, includes tach and speedo, amp, brake, oil pressure, temp etc | |
| 13-May-2013 | 6073 | $ 1,500.00 | J117 | Dual coil assembly with pop out ignition switch | |
| 16-June-2013 | 6073 | | | Clutch pedal, brake pedal, adjusting lever, return springs, pedal spacer and accelerator | |
| 16-June-2013 | 6074 | $ 1,136.00 | J361 | return spring clips | |
| 27-June-2013 | 6075 | $ 2,910.00 | Tractor Part Fee | Harris Tractor Parts Fee | Delivered |
| 27-June-2013 | 6076 | $ 2,910.00 | Cars & Tractor Fee | Lewis MI Cars & Tractor | Delivered |
| 27-June-2013 | 6077 | $ 4,000.00 | J303 | Chromegraph, fully working with new glass and chrome | |
| 08-July-2013 | 6080 | $ 7,100.00 | 31AWP | Wiper motor, Tool kit door handle, factory radio, parts | |
| 18-July-2013 | 6084 | $ 3,700.00 | J117 | Original Alternetor | |
| 18-July-2013 | 6091 | $ 2,798.00 | J361 | Master brake line & kit, shutoffs | |
| 01-August-2013 | 6093 | $ 133.00 | Mascot | Highways Dept V10 mascot | Delivered |
| 05-August-2013 | 6094 | $ 2,798.00 | J117 | Brake Parts | |
| 05-August-2013 | 6095 | $ 2,798.00 | J90 | Brake Parts | |
| 06-August-2013 | 6096 | $ 6,900.00 | J303 | Firewall for J301 | |
| 14-August-2013 | 6102 | $ 2,000.00 | J361 | New Long wheel base runningboard | |
| 14-August-2013 | 6103 | $ 2,000.00 | J117 | New Long wheel base runningboard | |
| 14-August-2013 | 6104 | $ 2,000.00 | J90 | New Long wheel base runningboard | |
| 16-August-2013 | 6027 | $ 2,000.00 | J361 | New Long wheel base runningboard (paid twice) | |
| 16-August-2013 | 6103 | $ 2,000.00 | J117 | New Long wheel base runningboard (paid twice) | |
| 14-August-2013 | 6104 | $ 2,000.00 | J90 | New Long wheel base runningboard (paid twice) | |
| 27-August-2013 | 6130 | $ 3,500.00 | J361 | Misc window mechanisms, Klaxton K22 horn motors, running board trim | |
| 03-Sept-2013 | 6112 | $ 14,000.00 | Torque Tubes | Half rear axle Torque tube, brakes, drums, and backing plates | Delivered |
| | 6113 | $ 20,000.00 | J361 | Front & Rear fenders | |
| | 6114 | $ 8,000.00 | J301 | Front & rear bumpers and backbars complete | |
| 05-September-2013 | 6115 | $ 1,500.00 | J361 | Spare tyre carriers | |
| 05-September-2013 | 6116 | $ 1,500.00 | J117 | Spare tyre carriers | |
| 05-September-2013 | 6117 | $ 1,500.00 | J90 | Spare tyre carriers | |
| 16-September-2013 | 6127 | $ 5,000.00 | J361 | Disappearing top mechanism, murphy body builder tags | |
| 21-September-2013 | 6131 | $ 8,000.00 | J361 | Double coil assembly, chronograph, detailed starter | |
| 07-October-2013 | 6136 | $ 22,500.00 | J361 | 18 blower and parts | |
| 07-October-2013 | 6137 | $ 5,000.00 | J361 | 14 Hood and latches | |
| 07-October-2013 | 6139 | $ 4,000.00 | J90 | Original Supercharger spiker drive, all new bulb bushings and internals | |
| 08-October-2013 | 6140 | $ 4,000.00 | J361 | Used Flywheel and clutch | |
| 08-October-2013 | 6141 | $ 3,000.00 | J303 | 3 piece sedan axle and drive shaft parts | |
| 14-October-2013 | 6144 | $ 2,000.00 | Maxton X | Used pair of V16 carburettors | |
| 14-October-2013 | 6145 | $ 12,615.00 | J361 | Parking lights, water pump, distributor and side pipes | |
| 14-October-2013 | 6146 | $ 23,400.00 | J117 | Tail lights, wiper motors, radiator shell, rear housing and torque tube | |
| 14-October-2013 | 6149 | $ 2,000.00 | J117 | All internal brake parts, brake drums, half shafts & hubs | |
| 24-October-2013 | 6150 | $ 8,900.00 | J301 | Headlights, taillights, fuel pump with housing | |
| 29-October-2013 | 6151 | $ 4,000.00 | J361 | Front fender & runningboard brackets, splash apron, toolbox and battery door | |
| 29-October-2013 | 6152 | $ 2,500.00 | J117 | Rebuilt S Schebler new float and accelerator pump | |
| 30-October-2013 | 6158 | $ 3,100.00 | MITahomesh | Lowell V16 carburettor with kit, rebuilt V14 from inventory | |
| 12-November-2013 | 6159 | $ 4,550.00 | J361 | Window lifter mechanisms, glass window frames, forged connecting rods Xray | |
| 12-November-2013 | 6160 | $ 5,100.00 | J117 | Murphy lifter mechanisms, windshield assembley | |
| 12-November-2013 | 6161 | $ 1,184.00 | J361 | 50 half-flow intake and exhaust valves | |

| Date | No. | Amount | Code | Description | Status |
|---|---|---|---|---|---|
| 12-November-2013 | 6162 | $ 1,184.02 | J117 | SS high flow intake and exhaust valves | |
| 12-November-2013 | 6163 | $ 1,184.00 | J300 | SS high flow intake and exhaust valves | |
| 16-December-2013 | 6190 | $ 16,650.00 | J360 | Drag link, slam panel apron, metal trunk | |
| 16-December-2013 | 6191 | $ 17,550.00 | J117 | Drag link, taillight, nudge backing bulbs, steering tube | |
| 13-January-2014 | 6201 | $ 2,368.00 | 34send/50roadster | Extreme SS high flow intake and exhaust valves | Delivered |
| 10-February-2014 | 6216 | $ 7,100.00 | J361 | Blyor chassis hub pump, cowl bund, timing chains, gauges | |
| 12-March-2014 | 6264 | $ 5,000.00 | J117 | Used flywheel and clutch | |
| 12-March-2014 | 6265 | $ 2,500.00 | J361 | 1 pair murphay flare hood tops | |
| 02-April-2014 | 6272 | $ 5,700.00 | J117 | Complete Dues Lubrication,check work timing box, fuel pump | |
| 27-August-2014 | 6312 | $ 1,800.00 | J117 | Full set HCl timing chains upper and lower | |
| 27-August-2014 | 6313 | $ 4,000.00 | J361 | New high speed ring and pinion for Model i | |
| 27-August-2014 | 6314 | $ 1,200.00 | No allocation | Original exemplati: See Distributor | |
| 08-September-2014 | 6321 | $ 6,250.00 | J117 | Set winkar louvers and new rear gas tank aprons | |
| 08-September-2014 | 6322 | $ 5,250.00 | J300 | Set winkar louvers and new rear gas tank aprons | |
| 08-September-2014 | 6323 | $ 2,500.00 | J361 | Set of 4 machined outside exhaust manifolds, set of 4 machined pipe collars | |
| 08-September-2014 | 6324 | $ 4,800.00 | J361 | Pair frame covers, battery box, running board aprons, long wheel base wood running board | |
| 25-September-2014 | 6333 | $ 4,600.00 | J361 | Complete E brake assembly, strake shoes, hood hold downs, hood/battery/tool box handles, SS hood fasts machined keys | |
| 25-September-2014 | 6334 | $ 12,000.00 | J117 | Engine fan hub, complete sets, hot and battery, hood hold downs, front axle tie rods, parking lights, bakelite steering wheel, E brake assembly | |
| 25-September-2014 | 6335 | $ 9,000.00 | J300 | Complete E brake assembly, rebuild steering box, complete headlight bar | |
| 02-October-2014 | 6338 | $ 1,184.00 | J578 | SS high flow intake and exhaust valves | Delivered |
| 02-October-2014 | 6340 | $ 40,000.00 | J578 | Complete Halfay transmission, with pedal assembly and shift tower | |
| 07-October-2014 | 6341 | $ 440.00 | J861 | SS brake cable with chrome and painted knob. SS starter control cable with chrome and knob | |
| 06-November-2014 | 6354 | $ 25,200.00 | J301 | Front axle walk with coil sun, set of rebuilt 19" wheels with lock rings | |
| 24-November-2014 | 6363 | $ 5,731.00 | J361 | Running board trim strip retainers, short and long SS front cover bolts, splash pan set, Running board trim strip retainers, used rebuildable master cylinder, set of new CNS machined exterior door panels | |
| 24-November-2014 | 6364 | $ 3,510.00 | J117 | | |
| 24-November-2014 | 6365 | $ 1,700.00 | No allocation | 1 set of intake and exhaust cams original condition | |
| 14-December-2014 | 6368 | $ 385.00 | No allocation | Custom grind Dues intake cam, exhaust cam,rod journal surfaces | |
| 14-December-2014 | 6369 | $ 6,484.00 | J361 | Cylinder head rebuilt, 32 x new valve guides, full set Cam bearing shells | |
| 14-December-2014 | 6370 | $ 450.00 | J361 | Mill and Deck Cylinder head | |
| 17-December-2014 | 6375 | $ 6,934.00 | J301 | Hook up ceramic sealer injection machine. | |
| 28-January-2015 | 6407 | $ 6,934.00 | J578 | Mill and Deck Dues Cylinder head, New valve guides, dues 1 cylinder head complete rebuilt, full set of cam bearing shells | |
| 28-January-2015 | 6408 | $ 1,190.00 | J117 | Full set of cylinder head bolts on SS, 1 full set of short and long SS front cover bolts | |
| 12-February-2015 | 6417 | $ 2,349.00 | J361 | Set of 3 Duesenberg pistons | |
| 06-April-2015 | 6445 | $ 15,500.00 | J361 | SS blowers, assembled spare parts purchased thru 6136 | |
| 12-April-2015 | 6456 | $ 8,989.00 | J361 | Labour to build complete radiator from new core, solket labour | |
| 27-April-2015 | 6460 | $ 3,989.00 | J117 | Labour to build complete radiator from new core, solket labour | |
| 04-May-2015 | 6466 | $ 3,989.00 | J300 | Labour to build complete radiator from new core, solket labour | |
| 09-June-2015 | 6480 | $ 20,000.00 | J360 | Murphy convertible top, cowl pieces etc | |
| 14-June-2015 | 6491 | $ 10,750.00 | J361 | Complete doors off a Murphy, LBR window mechanisms, cowl skins and commission | |
| 14-June-2015 | 6492 | $ 1,000.00 | J117 | Complete set of floor bmps | |
| 23-June-2015 | 6497 | $ 3,450.00 | J361 | Chip disappearing tan complete clamshell lid | |
| 26-October-2015 | 6560 | $ 949.00 | No allocation | Assorted lot of authentic auburn cord, dues farewell and grill tops, budget | |
| 26-October-2015 | 6561 | $ 2,400.00 | J361 | Complete Chassis rebuilt kit | |
| 26-October-2015 | 6562 | $ 2,400.00 | J117 | Complete Chassis rebuilt kit | |
| 26-October-2015 | 6563 | $ 2,400.00 | J301 | Complete Chassis rebuilt kit | |
| 08-November-2015 | 6564 | $ 2,950.00 | J361 | New set Dues 4 fuel springs, rebuilt & sleeved brake cylinders for rear axle, lift brake pressure switch for dash | |

| Date | Item # | Amount | Ref # | Description |
|---|---|---|---|---|
| 08-November-2015 | 6565 | $4,900.00 | J137 | New set Does 4 leaf springs, Original steering wheel, chrome steering hub |
| 08-November-2015 | 6566 | $1,400.00 | J801 | New set Does of 4 leaf springs with inner system bonded set of 4 |
| 09-November-2015 | 6567 | 750.00 | J801 | Original chrome 80's firewall container for dfog system with org. firewall clamps |
| 06-November-2015 | 6568 | 700.00 | J137 | Original chrome 80's firewall container for ceiling system with org firewall clamps |
| 06-November-2015 | 6569 | 1,750.00 | J801 | Org Dash center cowl band |
| 23-November-2015 | 6591 | 2,955.00 | J801 | NOS Full bearings set for diff. Steering bearing set, NOS rear axle bearings |
| 29-November-2015 | 6592 | 2,955.00 | J137 | NOS Full bearings set for diff, Steering bearing set, NOS rear axle bearings |
| 29-November-2015 | 6593 | 520.00 | J801 | Steering bearing set for 80's loss steering box |
| 26-November-2015 | 6594 | 1,000.00 | Hispano | NOS set of H20 Hispano Suiza ignition sets |
| 26-November-2015 | 6600 | 2,650.00 | J801 | NOS full bearings sets for diff & rear axles |
| 26-November-2015 | 6601 | 588.00 | No allocation | 1930 Cadillac rear window frame and molded wood window frame lower |
| 27-December-2015 | 6922 | 7,650.00 | J137 | standard exhaust system & contents |
| 27-December-2015 | 6923 | 2,000.00 | J801 | Steering crankroll centre assembly & dash light set |
| 27-December-2015 | 6924 | 4,450.00 | J801 | Steering crankroll complete, rear brass exhaust controls |
| 27-December-2015 | 6925 | 7,200.00 | J801 | 32 volume system complete, wiring from lower box set with all linkage |
| 06-January-2016 | 7001 | 1,400.00 | J801 | Rolls rebuilt model S Schebler for Delco new floor & accelerator pump |
| 06-February-2016 | 7002 | 2,000.00 | J137 | Rebuilt dual coil with pop and ignition, rewound original Delco relay coils |
| 06-January-2016 | 7003 | 2,000.00 | J801 | Rebuilt dual coil with pop and ignition, rewound original Delco relay coils |
| 06-April-2016 | 7076 | 800.00 | J801 | Packing supplies |
| 20-April-2016 | 7098 | 14,000.00 | J801 | Complete rear body section, orig cowl section, windshield assembly, comp top mechanism, orig folding sets |
| 29-April-2016 | 7099 | 1,500.00 | J801 | All door hinges, interior handles, repeat door and windows, door jamb chrome 90% new |
| 29-April-2016 | 7103 | 1,500.00 | J801 | Oil pump complete, unbroken with gears, fleet and drain control |
| 04-May-2016 | 7104 | 5,850.00 | J801 | Murphy trunk rack brackets, steering column control rods, rotating board cast and machined spacer set |
| 04-May-2016 | 7105 | 7,100.00 | J801 | Original Firewall 2378, still bagged from J801 how dated 1983 |
| 05-May-2016 | 7109 | 6,980.00 | J801 | Original flash radiator mascot with cap, complete set of parking lights with cowl arms, pair of new side marker lights |
| 09-May-2016 | 7110 | 19,600.00 | J801 | Cutoff front frame section of chassis 2378, Dorn Sam uses restored chrome wire wheels |
| 12-May-2016 | 7113 | 6,500.00 | J801 | 13" Head Mickey driving lights |
| 12-May-2016 | 7115 | 2,500.00 | J901 | Row axle set of new fenders, all hoods bare and older |
| | | | | Full set of 80's firewall fittings, new set of firewall seals bearings, small oil pressure, brake pressure, fuel gauges |
| 23-May-2016 | 7117 | 5,800.00 | SDAWP, Modena X, 4386, 4278 | |
| 24-May-2016 | Email correspondence | 10,000.00 | No allocation | Radiator and Hispano Parts - see email correspondence |
| 01-June-2016 | 7118 | 8,000.00 | J801 | Radiator rear tab components |
| 01-June-2016 | 7119 | 36,500.00 | Hispano | Hispano chassis motor and H20 frame. Use H20 chassis with axle springs |
| 22-June-2016 | 7124 | 7,200.00 | J801 | Dona gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7126 | 120,000.00 | J801 | Dona gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7157 | 32,000.00 | J801 | Dona gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7181 | 2,250.00 | J801 | Dona gas trucks utilizing all the castings you purchased, completely redone |
| 28-December-2016 | 7205 | 2,500.00 | J801 | New manufactured pair of Dona Rear overfly hydraulic shock absorbers 18/4, |
| 28-December-2016 | 7207 | 2,500.00 | J801 | New manufactured pair of Dona Rear overfly hydraulic shock absorbers 18/4, |
| 28-December-2016 | 7288 | 2,500.00 | J801 | New manufactured pair of Dona Rear overfly hydraulic shock absorbers 18/4, |
| 21-March-2017 | | 200.00 | 1980/40 Ord | Vacuum Stop Pins, with bearings |
| 21-March-2017 | | 600.00 | 1980/40 Ord | Voltage Regulator |
| 21-March-2017 | | 100.00 | 1980/40 Ord | Engine top pans |
| 21-March-2017 | | 150.00 | 1980/40 Ord | V-8 Generator parts |
| 24-March-2017 | | 450.00 | 1980/40 Ord | Distributor and condenser parts |
| 21-March-2017 | | 650.00 | 38-40 V-16 | Carburetors x2 ($450.00 each) |
| 21-March-2017 | | | 38-40 V-16 | Distributor caps |
| 24-March-2017 | | 575.00 | 38-40 V-16 | Rittenhous? V-16 Emblems (have 1 original pair needing restoration) |
| 22-March-2017 | | 975.00 | 38-40 V-16 | Rittenhous? V-16 Emblems (have 1 original pair needing restoration) |
| 22-March-2017 | | 575.00 | 38-40 V-16 | Trunk mounted V-16 Emblem |
| 22-March-2017 | | | 38-40 V-16 | New manufactured Zenolo spare shock front base (left side, 3-emblem, 2-emblem, Right side, 2-...) |

| Date | Ref # | Amount | Code | Description |
|---|---|---|---|---|
| 21-March-2017 | | $ 900.00 | 38-40 V-16 | Remanufactured Coils holder and bracket ($1.50 each) |
| 21-March-2017 | | $ 29.50 | 38-40 V-16 | Fuel pump arms remanufactured from brass |
| 21-March-2017 | | | 38-40 V-16 | NOS suspension parts |
| 21-March-2017 | | | 38-40 V-16 | 1938 Deluxe Bumper Guards and horizontal cross barrell rechromed |
| 21-March-2017 | | | 38-40 V-16 | 1940 Drivers side spot light |
| 21-March-2017 | | | 98-40 V-16 | 1938-40 Fog lights for mounting on bumper brackets—original Cadillac Appleton signed lens (pair) |
| 21-March-2017 | | $ 900.00 | 38-40 V-16 | |
| 21-March-2017 | | $ 100.00 | 38-40 V-16 | 1938-6 Parking light glass lens |
| 21-March-2017 | | $ 150.00 | 38-40 V-16 | 1938-9 Parking light rechromed rifle covers |
| 21-March-2017 | | $ 60.00 | 38-40 V-16 | 1938-9 Parking light housing plus metal plates for right support under fender |
| 21-March-2017 | | $ 40.00 | 38-40 V-16 | 1938-9 Parking light rubber bases (pair) |
| 21-March-2017 | | $ 350.00 | 38-40 V-16 | 1938-40 rechromed attenuated lock units (pair) |
| 21-March-2017 | | | 38-40 V-16 | Rear seat Snozzline clock |
| 21-March-2017 | | | 38-40 V-16 | Distributor and related parts |
| 21-March-2017 | cel pd $2 | 50,000.00 | SSANM | 1935 Cadillac V8 Weather Phaeton de Parts - not given VIN nor title |
| 28-April-2017 | 7354 | 85,000.00 | 67 Ferr | 1957 Ferrari 250GT 242 in parts; engine completely restored; not given VIN nor title |
| 09-June-2017 | 7358 | 54,000.00 | SSAWP | 1959/70 Cadillac V8 Weather Phaeton - not given VIN nor title |
| 31-July-2017 | 7900 | $7,900.00 | 67 Ferr | NOS full set complete windshield trim, rear window trim etc. set to do both front doors. Inner rocker panels, slam attacher wheel etc. Various parts |
| 31-August-2007 | 7908 | $11,500.00 | 1901 | Original leather Oil supplement manual, set accessory shocks, box of original Murphy body hardware, quality Deco items |
| 12-September-2007 | 7314 | 13,025.00 | SSAWP | 1955 Wheels set of 6; metal low boy truck with original luggage, rebuilt carburettors, deco coils & radiator |
| 04-October-2007 | 7318 | 6,950.00 | No allocation | Full set of V16 pigeons and a rear dash fuse panel |
| 19-October-2017 | 7334 | 10,900.00 | 1961 | Rubisco parts, Bowler theme; full set of original splash aprons, 50 specific items, trans rebuild parts |
| 31-October-2017 | 7327 | 5,250.00 | 1962 | Rubisco parts, Radio & Luggage |
| 15-November-2017 | 7404 | 5,700.00 | 1978 | 1 used original Duesenburg transmission, very complete, with shifter and some pedals |
| 16-November-2017 | 7408 | 2,500.00 | 1961 | Complete torque tube from the rear end pumpkin to the transmission, incl the large cast alum yoke. |
| 26-November-2017 | 7409 | 4,650.00 | 1961 | 50 original tools, complete orig regulator with Delco cover, parking light parts, NOS filler tank. Set of 5 front fender braces etc |
| 29-November-2007 | 7413 | 6,000.00 | 1961 | Large wooden smoking set. Covered compartment with makeup compacts, mirror, perfume containers, brush, 2 vanity sets |
| 03-December-2007 | 7423 | 9,600.00 | 1961 | Rear end, rear gas tank apron, full set of chrome trim pieces, full set of original knobs and levers. Part of original front cowl section, a complete set of original frame side rails, set of orig running board brackets |
| 11-December-2007 | 7419 | 18,800.00 | 1961 | Original Duesenburg accessory trunked "Trunkless" |
| 15-December-2007 | 7429 | 2,250.00 | 1961 | Pair of Robison doors, box of engine internals etc timing gears, oil pump driven, chain tensioners etc |
| 15-December-2017 | 7425 | 5,250.00 | 1961 | Decorative trim for wound drivers & passengers doors, rubber cover top rear window, parts from rear tube of body |
| 29-December-2017 | 7427 | 4,650.00 | 1961 | Complete trunk rack and all the brackets, pair of chrome wheel motors, already restored |
| 08-January-2018 | 7368 | 9,450.00 | 1961 | |

**Parts Delivered to Concours Motorcars, c/o Clark and for subsequent shipping to Australia (but have not received)**

| Age | Amount | Description |
|---|---|---|
| Age 16 | 2800 | 1939/1940 1938 V-16 Cadillac Engine (from the Doug Houston Deceased Estate) |
| Age 16 | 800 | 5700 (get these) - Doug Houston (see photo) |
| Age 16 | 750 | 2 spare V-16 tailgates  5700 (get these) - Doug Houston |
| circa 2016 | | 2 1939/31 Johnson Outboards (fit 1939/31 Cadillac V-16 Dinghy) |

# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WAYNE
-----------------------------------------------------------------x

ROSS MORGAN,

                         Plainitff,

        -against-

CONCOURS CLASSIC MOTOR CARS, LLC and
CLARK RITTERSBACH

                       Defendants.

-----------------------------------------------------------------x

**AFFIDAVIT FOR JUDGMENT
BY CONFESSION (CPLR § 3218)**

**Index No.**

STATE OF NEW YORK   :
                     : SS.:
COUNTY OF WAYNE   :

      Clark Rittersbach,  being duly sworn, deposes and says:

    1.    I am an adult individual residing at 78 Barchun Dune Rise, Victor, NY 14564, the above captioned Defendant (the "Defendant").

    2.    For purposes of this Confession of Judgment, Defendant irrevocably submits to the jurisdiction and venue of any state or federal court of competent jurisdiction located in any county of New York and authorize entry of the judgment herein in such court.

    3.    Defendant hereby confesses judgment, pursuant to CPLR § 3218, in favor of Ross Morgan (the "Plaintiff") and authorizes entry of such judgment by the Plaintiff against the Defendant ("Judgment") in an amount of $1,475,027.50 plus post-judgment interest, less any subsequent payments or reductions received by the Plaintiff (the "Confessed Amount").

    4.    This affidavit is for a debt justly due to the Plaintiff from the Defendant arising from the following facts:

        a.    Defendant makes this affidavit pursuant to a Mutual Release and Settlement (the "Settlement") dated as of *5-21-19* , by and among the Defendant Concours Classic Motor Cars, LLC, a New York company, Defendant Clark Rittersbach, and the Plaintiff. A copy of the Settlement is attached hereto as "Exhibit A."

        b.    The Settlement further provides that in the event of any event of default under the Settlement, Defendant consents to the filing and enforcement by Plaintiff of this Affidavit of Confession of Judgment for the Confessed Amount, plus costs, disbursements and reasonable attorneys' fees incurred during the litigation of the matter of Morgan v. Concours Classic Motor Cars LLC and Clark Rittersbach, WDNY No. 6:18-cv-06778-FPG-MWP (the "Litigation") and enforcing and collecting against Defendant on said Judgment.

5.     Defendant authorizes Plaintiff or its assignee to enter Judgment upon presenting this affidavit to the Court, along with an affidavit of Plaintiff or its assignee's counsel attesting that a default under the Settlement has occurred.

6.     I understand and agree that this affidavit authorizes entry of judgment in this Court under the terms hereof, without further proceedings, notices and/or other action and also authorizes execution against the Defendant pursuant to such judgment, and that such judgment will be entitled to receive full faith and credit under the Constitution of the United States.

7.     This affidavit is not for the purpose of securing Plaintiff against a contingent liability.

I declare under penalty of perjury that the foregoing is true and correct.

By:  _____
Clark Rittersbach

STATE OF NEW YORK          )
                                              ss.:
COUNTY OF _MONROE_         )

On the _21st_ day of _MAY_ in the year 20___ before me, the undersigned personally appeared Clark Rittersbach personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within the instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of _EAST ROCHESTER_, State of New York.

_____
Notary Public

DAVID R. MORABITO
NOTARY PUBLIC, STATE OF N.Y.
COUNTY OF MONROE
MY COMMISSION EXPIRES 7/30.2021

# EXHIBIT "C"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WAYNE
-------------------------------------------------------------x
ROSS MORGAN,

                        Plainitff,

        -against-

CONCOURS CLASSIC MOTOR CARS, LLC and
CLARK RITTERSBACH

                        Defendants.
-------------------------------------------------------------x

**AFFIDAVIT FOR JUDGMENT
BY CONFESSION (CPLR § 3218)**

**Index No.**

STATE OF NEW YORK    :
                             : SS.:
COUNTY OF WAYNE    :

      Clark Rittersbach,  being duly sworn, deposes and says:

    1.     I am the sole managing member of Concours Classic Motor Cars, LLC., a New York limited liability company with its principal place of business located at 1300 Research Forest, Macedon, NY 14502, the above captioned Defendant (the "Defendant").

    2.     I am duly authorized to make this affidavit for and on behalf of the Defendant.

    3.     For purposes of this Confession of Judgment, Defendant irrevocably submits to the jurisdiction and venue of any state or federal court of competent jurisdiction located in any county of New York and authorize entry of the judgment herein in such court.

    4.     Defendant hereby confesses judgment, pursuant to CPLR § 3218, in favor of Ross Morgan (the "Plaintiff") and authorizes entry of such judgment by the Plaintiff against the Defendant ("Judgment") in an amount of $1,475,027.50 plus post-judgment interest, less any subsequent payments or reductions received by the Plaintiff (the "Confessed Amount").

    5.     This affidavit is for a debt justly due to the Plaintiff from the Defendant arising from the following facts:

        a.     Defendant makes this affidavit pursuant to a Mutual Release and Settlement (the "Settlement") dated as of _5-16-19_ , by and among the Defendant Concours Classic Motor Cars, LLC, a New York company, Defendant Clark Rittersbach, and the Plaintiff. A copy of the Settlement is attached hereto as "Exhibit A."

        b.     The Settlement further provides that in the event of any event of default under the Settlement, Defendant consents to the filing and enforcement by Plaintiff of this Affidavit of Confession of Judgment for the Confessed Amount, plus costs, disbursements and reasonable attorneys' fees incurred during the litigation of the matter of Morgan v. Concours Classic Motor

Cars LLC and Clark Rittersbach, WDNY No. 6:18-cv-06778-FPG-MWP (the "Litigation") and enforcing and collecting against Defendant on said Judgment.

6.     Defendant authorizes Plaintiff or its assignee to enter Judgment upon presenting this affidavit to the Court, along with an affidavit of Plaintiff or its assignee's counsel attesting that a default under the Settlement has occurred.

7.     I understand and agree that this affidavit authorizes entry of judgment in this Court under the terms hereof, without further proceedings, notices and/or other action and also authorizes execution against the Defendant pursuant to such judgment, and that such judgment will be entitled to receive full faith and credit under the Constitution of the United States.

8.     This affidavit is not for the purpose of securing Plaintiff against a contingent liability.

I declare under penalty of perjury that the foregoing is true and correct.

CONCOURS CLASSIC MOTOR CARS, LLC

By: _____

Clark Rittersbach
Managing Member


STATE OF NEW YORK        )
                                        ss.:
COUNTY OF ~~WAYNE~~ MONROE    )

On the _16th_ day of _MAY_ in the year 20_19_ before me, the undersigned personally appeared Clark Rittersbach personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within the instrument and acknowledged to me that he executed the same in his capacity, that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of _EAST ROCHESTER_, State of New York.

_____
Notary Public

DAVID R. MORABITO
NOTARY PUBLIC, STATE OF N.Y.
COUNTY OF MONROE
MY COMMISSION EXPIRES 7/ 30, 2021

EXHIBIT "D"

**LAW OFFICES OF BRUCE SHAW, P.C.**

| | |
|---|---|
| 2735 Terwood Road | Sentry Office Plaza, Suite 604 |
| Willow Grove, PA 19090 | 216 Haddon Avenue |
| Phone 267-374-4290 (phone) | Westmont, New Jersey 08108 |
| Fax 215.657.6816 (fax) | 856.858.1011(phone) |
| Email: sgehringer@shawlaws.com | 856.858.4674(fax) |

*VIA FACSIMILE TRANSMISSION TO 585-383-1496*

June 18, 2019

David R. Morabito
Office of David R. Morabito
P.O. Box 187
117 West Commercial Street
East Rochester, NY 14445

**RE:    Morgan v. Concours Classic Motor Cars, Inc., et al., Case No.  6:18-cv-06778-FPG-MWP**

Mr. Morabito:

Your client has not uploaded any photos since May 14, 2019 and he has never posted a manifest. The photographs do not represent enough items to fill a container. Based on this, on May 31, 2019, my client offered to allow the Defendant to transport the parts to a local holding area after an inspection of what was available to be shipped. Although you responded on June 4, 2019 with a promise to speak with your client on this matter, I have not heard from you since.

Your client's apparent inactivity since the middle of May and inability to keep any deadline gives me the impression that he will not honor this settlement. He is already in breach of the settlement for:

(1) failing to provide manifest for the proposed May shipment;
(2) failing to make a May shipment;
(3) failing to prepare any shipment by June 15, 2019;
(4) failing to prepare a manifest and photos for any June shipment

Let me know what he is up to with these shipments and when my client can have an agent come and inspect the parts that are available to be shipped. If there is a steady and reliable stream of activity on the part of your client to fulfill his obligations, I can counsel my client to be flexible with deadlines and show patience. However, another month of this may push him to seek relief in the courts.

Thank you.

Sincerely,

Stephen F. Gehringer, Esquire

EXHIBIT "E"

## LAW OFFICES OF BRUCE SHAW, P.C.

| | |
|---|---|
| **2735 Terwood Road** | **Sentry Office Plaza, Suite 604** |
| **Willow Grove, PA 19090** | **216 Haddon Avenue** |
| **Phone 267-374-4290 (phone)** | **Westmont, New Jersey 08108** |
| **Fax 215.657.6816 (fax)** | **856.858.1011(phone)** |
| **Email: sgehringer@shawlaws.com** | **856.858.4674(fax)** |

*VIA FACSIMILE TRANSMISSION TO 585-383-1496*

July 17, 2019

David R. Morabito
Office of David R. Morabito
P.O. Box 187
117 West Commercial Street
East Rochester, NY 14445

**RE:    Morgan v. Concours Classic Motor Cars, Inc., et al., Case No. 6:18-cv-06778-FPG-MWP**

Mr. Morabito:

Your client has not uploaded any photos since May 14, 2019 and he has never posted a manifest. The photographs do not represent enough items to fill a container. Based on this, on May 31, 2019, my client offered to allow the Defendant to transport the parts to a local holding area after an inspection of what was available to be shipped. Although you responded on June 4, 2019 with a promise to speak with your client on this matter, I have not heard from you since. I sent you a letter by facsimile transmission on June 18, 2019 and received no response.

Your client's apparent inactivity since the middle of May, inability to keep any deadline and your lack of response to the situation informs me that your clients do not intend to honor this settlement. Your clients are now in breach of the settlement for:

(1) failing to provide manifest for the proposed May shipment;
(2) failing to make a May shipment;
(3) failing to prepare any shipment by June 15, 2019;
(4) failing to prepare a manifest and photos for any proposed June shipment;
(5) failing to prepare any shipment for a July 15, 2019 shipment; and
(6) failing to prepare a manifest and photos for any proposed July shipment.

In my previous correspondence, I requested some information to assure my client that the Defendants intended to fulfill their obligations in good faith. Based on your lack of response and your clients' failure to take any action whatsoever, I am given no choice but to act on the confessions of judgment when I return to the office next week on July 23, 2019.

Please be guided accordingly.

Sincerely,

Stephen F. Gehringer, Esquire

# EXHIBIT "F"

**Mail headers**

| | |
|---|---|
| **From** | "Stephen Gehringer" <sgehringer@shawlaws.com> |
| **To** | Clark <clark@concoursclassics.com> |
| **Cc** | david@morabitolawoffice.com, ross@v16.com.au |
| **Date** | Tue, 23 Jul 2019 17:48:55 -0400 (EDT) |
| **Subject** | Re: Morgan items for pick up |

Mr. Rittersbach:

As per the settlement agreement, we require that all items be photographed and uploaded
along with a complete manifest before shipping. Mr. Morgan's agent must also have
a chance to inspect the parts of each shipment prior to the same being loaded. Finally,
it is your responsibility to ship the parts. If, at my client's discretion, the available
parts are not enough to fill a container for overseas shipment, he can provide a
local site for you to ship them to.

First and foremost however, kindly upload photos of all parts and provide a complete
manifest so we know what we are dealing with.

Thank you.

Clark <clark@concoursclassics.com> wrote ..
> I have items for Morgan as pictured in the Dropbox as well as additional items.
> Please advise me of a pickup date the week of July 29 to remove available parts.
>
> Clark Rittersbach
Sincerely,


Stephen F. Gehringer, Esquire
Pennsylvania Bar I.D. #87020
Law Offices of Bruce Shaw, P.C.
2735 Terwood Road
Willow Grove, PA 19090

http://www.shawlaws.com/
http://www.linkedin.com/pub/stephen-gehringer/1a/a8a/909/

NOTE: This message is intended only for the use of the individual or entity to which
it is addressed and may contain information that is privileged, confidential, and
exempt from disclosure under applicable law. If the recipient of this message is
not the intended recipient, or the employee or agent responsible for delivering the
message to the intended recipient, DO NOT READ THIS COMMUNICATION; you are hereby
notified that any dissemination, distribution, or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify
us immediately by telephone and delete this email. Thank you.

IF YOU HAVE QUESTIONS, PLEASE CONTACT:

Re: Morgan items for pick up

Stephen F. Gehringer, Esquire - 267-374-4290 - sgehringer@shawlaws.com

# EXHIBIT "G"

**Mail headers**

| | |
|---|---|
| **From** | David Morabito <David@morabitolawoffice.com> |
| **To** | Stephen Gehringer <sgehringer@shawlaws.com> |
| **Date** | Sat, 3 Aug 2019 11:10:05 +0000 |
| **Subject** | Re: Re: Morgan items for pick up |

Dear Stephen: I have been out of the country for the last two weeks. I will find out what is going on on Monday. Thank you. Dave Morabito Esq.

**From:** Stephen Gehringer <sgehringer@shawlaws.com>
**Sent:** Tuesday, July 30, 2019 5:48:36 PM
**To:** David Morabito <David@morabitolawoffice.com>
**Subject:** Fwd: Re: Morgan items for pick up

Mr. Morabito:

Your client sent me an email on 7/23 which states his intention to perform his duties under the settlement in a manner that does not comport with the terms of the settlement. I responded that same day and copied you on this message.

As of this day, you client has yet to photograph a single item since May 14 and provide a manifest.

Stephen Gehringer <sgehringer@shawlaws.com> wrote ..
> Mr. Rittersbach:
>
> As per the settlement agreement, we require that all items be photographed and
> uploaded along with a complete manifest before shipping. Mr. Morgan's agent must
> also have a chance to inspect the parts of each shipment prior to the same being
> loaded. Finally, it is your responsibility to ship the parts. If, at my client's
> discretion, the available parts are not enough to fill a container for overseas
> shipment, he can provide a local site for you to ship them to.
>
> First and foremost however, kindly upload photos of all parts and provide a complete
> manifest so we know what we are dealing with.
>
> Thank you.
>
> Clark <clark@concoursclassics.com> wrote ..
> > I have items for Morgan as pictured in the Dropbox as well as additional items.
> > Please advise me of a pickup date the week of July 29 to remove available parts.
> >
> > Clark Rittersbach
> Sincerely,

Re: Re: Morgan items for pick up

>
>
> Stephen F. Gehringer, Esquire
> Pennsylvania Bar I.D. #87020
> Law Offices of Bruce Shaw, P.C.
> 2735 Terwood Road
> Willow Grove, PA 19090
>
> http://www.shawlaws.com/
> http://www.linkedin.com/pub/stephen-gehringer/1a/a8a/909/
>
> NOTE: This message is intended only for the use of the individual or entity to
> which it is addressed and may contain information that is privileged, confidential,
> and exempt from disclosure under applicable law. If the recipient of this message
> is not the intended recipient, or the employee or agent responsible for delivering
> the message to the intended recipient, DO NOT READ THIS COMMUNICATION; you are
> hereby notified that any dissemination, distribution, or copying of this communication
> is strictly prohibited. If you have received this communication in error, please
> notify us immediately by telephone and delete this email. Thank you.
>
> IF YOU HAVE QUESTIONS, PLEASE CONTACT:
>
> Stephen F. Gehringer, Esquire - 267-374-4290 - sgehringer@shawlaws.com
Sincerely,


Stephen F. Gehringer, Esquire
Pennsylvania Bar I.D. #87020
Law Offices of Bruce Shaw, P.C.
2735 Terwood Road
Willow Grove, PA 19090

http://www.shawlaws.com/
http://www.linkedin.com/pub/stephen-gehringer/1a/a8a/909/

NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the recipient of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, DO NOT READ THIS COMMUNICATION; you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete this email. Thank you.

IF YOU HAVE QUESTIONS, PLEASE CONTACT:

Re: Re: Morgan items for pick up

Stephen F. Gehringer, Esquire - 267-374-4290 - sgehringer@shawlaws.com