### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSS MORGAN : | |
|     Plaintiff : | |
| : | NO. 6:18-cv-06778-FPG-MWP |
| vs. : | |
| : | |
| CONCOURS CLASSIC MOTOR CARS, : | **CERTIFICATE OF SERVICE** |
| INC. DBA CONCOURS CLASSIC : | |
| RESTORATION : | |
| : | |
|     and : | |
| : | |
| CLARK RITTERSBACH, : | |
|     Defendants : | |

I hereby certify that on September 4, 2019 on behalf of plaintiff Ross Morgan, I caused the foregoing (1) Notice of Motion, (2) Affidavit of Ross Morgan, with exhibits, (3) Declaration of Stephen F. Gehringer, Esq., and (4) Memorandum of Law, to be served on all defendants in this action via the Court's CM/ECF System and First Class United States Mail addressed to the following:

> David R. Morabito
> Office of David R. Morabito
> P.O. Box 187
> 117 West Commercial Street
> East Rochester, NY 14445

Dated this 4th day of September 2019

LAW OFFICES OF BRUCE SHAW, P.C.

/s/ Stephen F. Gehringer, Esq._____
Stephen F. Gehringer, Esquire
Law Offices of Bruce Shaw, P.C.
WDNY Admission No. 2209640
Pa Bar 87020
2735 Terwood Road
Willow Grove, PA 19090
267-374-4290
215-657-6816 (Fax)
sgehringer@shawlaws.com