#### UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROSS MORGAN | : | |
|     Plaintiff | : | |
| | : | **NO. 6:18-cv-06778-FPG-MWP** |
| vs. | : | |
| | : | |
| CONCOURS CLASSIC MOTOR CARS, INC. DBA CONCOURS CLASSIC RESTORATION | : | **CERTIFICATE OF SERVICE** |
| | : | |
|     and | : | |
| | : | |
| CLARK RITTERSBACH, | : | |
|     Defendants | : | |

I hereby certify that on October 2, 2019 on behalf of plaintiff Ross Morgan, I caused the foregoing Affirmation in Reply to the Defendants' Response to the Plaintiff's Motion for Entry of Judgment, to be served on all defendants in this action via the Court's CM/ECF System and First Class United States Mail addressed to the following:

> David R. Morabito
> Office of David R. Morabito
> P.O. Box 187
> 117 West Commercial Street
> East Rochester, NY 14445

Dated this 2nd day of October 2019

LAW OFFICES OF BRUCE SHAW, P.C.

/s/ Stephen F. Gehringer, Esq.
Stephen F. Gehringer, Esquire
Law Offices of Bruce Shaw, P.C.
WDNY Admission No. 2209640
Pa Bar 87020
2735 Terwood Road
Willow Grove, PA 19090
267-374-4290
215-657-6816 (Fax)
sgehringer@shawlaws.com