## MUTUAL RELEASE AND SETTLEMENT AGREEMENT

KNOW ALL MEN BY THESE PRESENTS:

**THIS MUTUAL RELEASE AND SETTLEMENT AGREEMENT** ("Release") is made and entered into by and between ROSS MORGAN (Plaintiff) and CLARK RITTERSBACH and CONCOURS CLASSIC MOTOR CARS, LLC (Defendants).

**WHEREAS**, Plaintiff and Defendant are engaged in litigation in the United States District Court for the Western District of New York, Case No. 6:18-cv-06778-FPG-MWP (the "Litigation"), alleging that the Defendants have committed acts of fraud and breach of contract by failing to deliver to him vehicle parts and components (the "parts"), a list of which is attached hereto as Exhibit "A," valued at $1,475,027.50.

**WHEREAS**, the Defendants deny the of Plaintiff's allegations with the exception that the Defendants admit the truth and accuracy of the list of undelivered parts, see Exhibit "A," and admits that the values started therein are true and correct; and

**WHEREAS**, the Defendants have filed Counterclaims; and

**WHEREAS**, it is the intention of the Parties hereto as reflected in this Mutual Release and Settlement Agreement and upon the satisfaction of its terms and conditions, to effect the final compromise, settlement and release of all claims, obligations, demands, actions causes of actions, debts, sums, injuries, penalties, fines, disputes, and other controversies between the Parties, from the beginning of time, up through and including the present, including specifically but not limited to those claims which have been asserted in the Litigation; and

**NOW, THEREFORE**, in consideration of the above Recitals and the mutual covenants and agreements contained in this Settlement Agreement and Mutual Release, and for other good and valuable consideration, it is hereby agreed by and between the Parties as follows:

1. The Recitals set forth above are accurate and are incorporated into this Mutual Release and Settlement Agreement document, as if fully set forth herein;

2. The Defendants must sign Affidavits of Confession of Judgment that meets all requirements of the New York Civil Procedure Law & Rules (CPLR) 3218 and provide the originals to the Plaintiff. The judgment sum shall remain blank and, in the event, that the Defendants fail to deliver **all** parts, the Defendants expressly authorize the Plaintiff to enter the judgment sum for the remaining value of the undelivered parts and for all Plaintiff's attorneys' fees.

3. Defendants agree to ship **all** remaining parts, see Exhibit "A," as a condition precedent to dismissal of the Litigation.

4. The following terms and conditions will govern each shipment of parts

   a. Defendants shall provide the Plaintiff with notice of a shipment of parts at least five (5) business days prior to the parts being shipped.

   b. With the notice required in Section 3(a), the Defendants must provide individual photographs of all of the parts to be shipped before they are packaged.

   c. With the notice required in Section 3(a), the Defendants must provide a complete manifest of those parts that identify the Concours Classic Motor Cars, LLC invoice on which the part is listed and value as stated on the invoice.

   d. Defendants must allow Plaintiff or his agent to inspect the parts of each shipment prior to the same being loaded into the container.

   e. Contemporaneously with the shipping of parts, the Defendants must provide the Plaintiff with any bill of lading, shipping application and receipt or other documents required by Australian Customs.

   f. Timely complete the Asbestos Declaration Form required by Australian law.

   g. Defendant shall ship the parts to Ross Morgan, 9 Cressall Road, Balcatta, Perth 6021 in Australia.

5. The Defendant must ship the parts on the following schedule:

   a. The first container must be shipped on or before May 22, 2019.

   b. Each container thereafter must be shipped on or before the fifteenth (15th) of the following months. Should that date fall on a holiday, the Defendants shall ship the parts on the first business day thereafter.

6. The total value of parts in each shipment shall be deducted from the Plaintiff's damages of $1,475,027.50.

7. Should the Defendants deliver all parts in the time and manner required:

   a. Then upon receipt of the final shipment, the Plaintiff shall voluntarily dismiss the Litigation with each side to bear its own costs and fees; and

   b. The parties, on their own behalf and on behalf of their assigns, employees, agents, representatives, officers, partners, shareholders and successors, hereby mutually acquits, releases, and forever discharges the other and any

and all persons, firms, corporations, employees, agents, officers, partners, shareholders, successors and assigns from any and all claims, actions, causes of actions, demands, damages, costs, loss of services, expenses, injuries, compensation and any and all consequential damages including any matter brought in any forum, administrative or judicial, on account of or in any way growing out of any and all known and unknown claims, demands, damages, expenses, actions, causes of actions, debts, sums, penalties, fines, disputes and/or controversies, or any other relief relating to or in any way connected with the Litigation;

8. Should the Defendants fail to deliver any of the parts in the time and manner required:

    a. The Defendants expressly authorize the Plaintiff to enter a judgment sum on the Affidavits of Confession Judgment for the remaining value of the undelivered parts and for all Plaintiff's attorneys' fees. The Defendants expressly authorize the Plaintiff to enter judgment against them pursuant to the Affidavits of Confession Judgment.

    b. The Defendants, on their own behalf and on behalf of their assigns, employees, agents, representatives, officers, partners, shareholders and successors, must acquit, release, and forever discharge the Plaintiff and any and all persons, firms, corporations, employees, agents, officers, partners, shareholders, successors and assigns from any and all claims, actions, causes of actions, demands, damages, costs, loss of services, expenses, injuries, compensation and any and all consequential damages including any matter brought in any forum, administrative or judicial, on account of or in any way growing out of any and all known and unknown claims, demands, damages, expenses, actions, causes of actions, debts, sums, penalties, fines, disputes and/or controversies, or any other relief relating to or in any way connected with the Litigation.

9. The Defendants certify that they legally own and are able to transfer good and marketable ownership and title to all of the parts they provide to the Plaintiff. The Defendants agree to indemnify, defend and hold harmless Plaintiff from any and all claims or actions on that dispute the Defendants' ownership of the parts, the validity of the transfer of the parts to the Plaintiff or the Plaintiff's possession of the parts.

10. In entering into this Mutual Release and Settlement Agreement, the Parties affirm that they have been represented by counsel who are the attorneys of their choice in the negotiation and drafting of this Mutual Release and Settlement Agreement and/or have been afforded the opportunity to consult with counsel who are the attorneys of their choice in negotiating the drafting of this Settlement Agreement. Accordingly, this Mutual Release and Settlement Agreement shall not be strictly construed against any party, and the rule of construction of contract resolving ambiguities against the drafting party shall be inapplicable.

Initials: RM____ CR _CR_

11. If any part, term or provision of this Mutual Release and Settlement Agreement is held by a court of competent jurisdiction to be invalid, illegal, unenforceable or otherwise in conflict with law, this Mutual Release and Settlement Agreement shall be construed and enforced as if it did not contain the particular part, term or provision held to be invalid.

12. This Mutual Release and Settlement Agreement on the part of the parties hereto shall be a fully binding on the Plaintiff and Defendants and all parties represented by or claiming through Plaintiff and Defendants.

13. This Mutual Release and Settlement Agreement contains the entire agreement between the parties hereto with regard to the matter set forth in it and shall be binding upon and inure to the benefit of the executors, administrators, personal representatives, heirs, successors and assigns of each. There are no other understandings or agreements, verbal or otherwise, in relation thereto, between the parties hereto.

14. The Parties agree that this Mutual Release and Settlement Agreement shall be interpreted and construed in accordance with the laws of the State of New York, without giving effect to the principles relating to conflict of law. The Parties hereto consent to the exercise of personal jurisdiction by the United States District Court for the Western District of New York and agree that any lawsuit arising from or in any matter connected to this Agreement shall be prosecuted in that Court.

15. This Mutual Release and Settlement Agreement may be executed by the parties in any number of counterparts, each of which with an original signature of a party or parties and shall serve as a Release of that party's or parties' rights.

16. The Parties acknowledge and represent that the Signators to Mutual Release and Settlement Agreement document are duly authorized to affix their respective signatures to this Agreement and each Party hereto warrants and represents that they intend to be legally bound by this Mutual Release and Settlement Agreement document.

**CAUTION: READ BEFORE SIGNING,
THIS IS A RELEASE.**

AND WITNESS WHEREOF, Plaintiff and Defendant, each intending to be legally bound by the terms of this Mutual Release and Settlement Agreement, hereunto set their hand and seal below:

BY: _[signature]_ ROSS MORGAN, Plaintiff       Date: 24th May 2019

BY: _[signature]_ CLARK RITTERSBACH, Defendant       Date: 5/21/19

BY: _[signature]_ CONCOURS CLASSIC MOTOR CARS, LLC, Defendant       Date: 5/21/19

# EXHIBIT "A"

Concours Classic Motor Cars
Invoice Register

Highlight = delivered

| Date | Invoice Number | Amount USD | Vehicle | Description | Delivered |
|---|---|---|---|---|---|
| | | $ 1,935,275.50 | | | |
| 20-August-2012 | Email correspondence | | 1930 Packard 745 & 1931 Packard 840 | Invoice to John Teberg (and "delivered"), cars were subsequently traced back to CMA for another car/parts | Delivered |
| 21-August-2012 | 5929 | 65,000.00 | 1901 J361 | 2 x Duesenberg Long Wheelbase Frames and front axle castings | Delivered |
| 21-August-2012 | ACD Festival 2012 | 57,500.00 | J361 Murphy | Engine including Misc parts, Timing and Engine parts lots, Chassis parts, Body parts. | |
| 21-August-2012 | ACD Festival 2012 | 51,750.00 | J117 LaGrande | Engine including Misc parts, Timing and Engine parts lots, Chassis parts, Body parts. | |
| 30-August-2012 | ACD Festival 2012 | 32,775.00 | Miscellaneous J361/J117 parts | Full set of 4 chrome wheels, Bell housing for J361 Murphy. Misc engine parts, misc parts lot, timing and engine parts lot, chassis & body parts no allocation | |
| 30-August-2012 | ACD Festival 2012 | 23,803.00 | Commission, transport, & packing exps | 15% Commission for procuring, expertise and profit on auction purchase. $21,303 USD. Transport, packaging and travel expenses $2500 USD | |
| 30-August-2012 | Swap Meet Purchases | 14650 | J361 Murphy Parts | Original gauges, Cast Alum dashboard, brake pressure gauge, windscreen assembly, pair of hood tops, full matching set knock offs J361 Murphy. | |
| 30-August-2012 | Swap Meet Purchases | 4500 | J117 LaGrande Parts | Complete pair of louvered hood sides with rear doors (Original and perfect) | |
| 18-September-2012 | 5937 | 5,500.00 | J361 | Original Model J Chronograph, Original Dues Altimeter | |
| 18-September-2012 | 5938 | 4,500.00 | J117 | Original Model J Chronograph, Original Dues Rev Counter | |
| 26-September-2012 | 5939 | 2,975.00 | Roadster | Special order - 17 x Cadillac V16 pistons | Delivered |
| 26-September-2012 | 5940 | 6,500.00 | J361 | Complete Model J cast alum firewall assembly | |
| 26-September-2012 | 5941 | 37,000.00 | J361 | Murphy body parts as discussed | |
| 16-October-2012 | 5950 | 850.00 | Roadster | Sidemount Mirror pair, restored with leather straps | |
| 16-October-2012 | 5951 | 5,577.50 | J361 | Stromberg electric wiper motor, pair unrestored Delco Lovejoy shocks, complete master cylinder | |
| 16-October-2012 | 5952 | 800.00 | J117 | Fully restored and rebuilt dues oil pressure gauge | |
| 16-October-2012 | 5953 | 3,650.00 | J361 | Original brake drums, amp gauge, rear axle shaft (broken), unbroken orig fuel pump housing assembly | |
| 22-October-2012 | 5962 | 14,950.00 | J361 | Complete grill set, headlight bar, pair headlights, horn and lower cowl assembly | |
| 22-October-2012 | 5963 | 1,500.00 | 31 coupe Madam X | V16 Generator with new armature, full rebuilt | Delivered |
| 25-October-2012 | 5966 | 2,699.00 | J361 | New original style radiator core (bare no tanks) | |
| 25-October-2012 | 5967 | 2,699.00 | J117 | New original style radiator core (bare no tanks) | |
| 02-November-2012 | 5968 | 6,500.00 | J117 | Complete Model J cast alum firewall assembly | |
| 02-November-2012 | 5970 | 3,500.00 | J361 | Duesenberg time box clock work guts (complete and in good condition) | |
| 07-November-2012 | 5971 | 7,675.00 | Packard 745 | Roadster cowl and parts | |
| 08-November-2012 | 5973 | 6,650.00 | J361 | Full set of Murphy disappearing top top castings. Front bumper assembly, rear bumper centre medallion | |
| 14-November-2012 | 5975 | 4,200.00 | J361 | Orig Dues rear bumper and backbar assembly complete | |
| 20-November-2012 | 5976 | 4,500.00 | J361 | 1 pair of original hood side with scalloped louvres and doors | |
| 17-December-2012 | Email correspondence | 48,775.00 | J361 | Hytex gear box, truck transmission, start, delco generator, dash mounted coil set with key switch etc. | Delivered |
| 14-January-2013 | 6001 | 900.00 | J117 | Shipping charge | |
| 14-January-2013 | 6002 | 10,000.00 | J117 | Orig Dues 10" wire wheels complete with lock rings | Delivered |
| 14-January-2013 | 6003 | 4,000.00 | J117 | Dues wheel hubs and rims | |
| 11-February-2013 | 6008 | 5,550.00 | J361 | Original shift tower, marble and black shift knob, original F bazin flying man accessory cap original | |
| 11-March-2013 | 6015 | 1,400.00 | J117 | Murphy wiper motors, used 1 pair | |
| 11-March-2013 | 6016 | 8,700.00 | J361 | Bragg Kliesrath brake valve, new casting, steering wheel, new light swithe, sidemount mirrors | |
| 11-March-2013 | 6017 | 12,500.00 | J361 | Steering box without steering wheel, 1 pair of Dues headlights complete | |
| 17-March-2013 | 6024 | 3,850.00 | J117 | Upper cowl vent casting, trunk rack, pitman arm | |
| 17-March-2013 | 6025 | 2,800.00 | J117 | Upper and lower cowl vent casting and assembly, truck rack | |
| 26-March-2013 | Email correspondence | 15,000.00 | Final Long Wheelbase Frame | Final Long wheel base frame | |
| 02-April-2013 | 6028 | 42,000.00 | J301 | Short block for use with J301 bellhousing. | |
| 02-April-2013 | 6028 | | | Set of 6 used 19" wheels | Delivered |

| Date | ID | Amount | Car | Description | Status |
|---|---|---|---|---|---|
| 02-April-2013 | 6029 | $ 8,000.00 | J117 | Original front and rear bumpers and backbars | |
| 02-April-2013 | 6030 | $ 40,000.00 | J361 | Complete original front axle with brake drums and jubs, rear axle half shaft pair, 4 original leaf springs | |
| 02-April-2013 | 6031 | $ 2,000.00 | No allocation | Buyers premium | |
| 10-April-2013 | 6033 | $ 1,500.00 | Packard | 5 Used Packard wire wheels | |
| 10-April-2013 | 6034 | $ 1,500.00 | J361 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 10-April-2013 | 6035 | $ 1,500.00 | J117 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 10-April-2013 | Email correspondence | $ 1,500.00 | J301 | 1 Full set of gas tank castings, including all cast bass mounting hardware | |
| 01-May-2013 | 6044 | $ 2,600.00 | J301 | Original style radiator core (bare with no tanks) | |
| 01-May-2013 | 6045 | $ 434.00 | Custom made V16 cowl | Custom made V16 cowl vent assembly and drain gutter | |
| 01-May-2013 | 6046 | $ 3,020.00 | J361 | Winterfront parts. 32 Shutter rivets, set of front shutters (16 pieces), new brass 4 piece radiator shutter framework | |
| 13-May-2013 | 6055 | $ 4,645.00 | J117 | Radiator parts | |
| 13-May-2013 | 6056 | $ 4,645.00 | J301 | Radiator parts | |
| 13-May-2013 | 6057 | $ 4,645.00 | J361 | Radiator parts | |
| 13-June-2013 | 6072 | $ 8,000.00 | J301 | Gauge set, includes tach and speedo, amp, brake, oil pressure, temp etc | |
| 18-June-2013 | 6073 | $ 1,500.00 | J117 | Dual coil assembly with pop out ignition switch | |
| 18-June-2013 | 6074 | $ 1,126.00 | J361 | Clutch pedal, brake pedal, adjusting lever, return springs, pedal spacer and accelerator return spring clips | |
| 25-June-2013 | 6075 | $ 2,800.00 | 31 Sports Phaeton | Forged Piston custom made | Delivered |
| 27-June-2013 | 6076 | $ 2,800.00 | special order 1934 Cadillac V16 | Forged piston custom made | Delivered |
| 27-June-2013 | 6077 | $ 4,000.00 | J301 | Chronograph, fully working with new glass and chrome | |
| 08-July-2013 | 6080 | $ 7,100.00 | 31AWP | Wiper motor, Tool kit, door handle, factory radio, parts | |
| 18-July-2013 | 6084 | $ 3,700.00 | J117 | Original Altimeter | |
| 01-August-2013 | 6092 | $ 2,798.00 | J361 | Master brake line & kit, shutoffs | |
| 01-August-2013 | 6093 | $ 338.00 | 34aero | Shipping Charge V16 pistons | Delivered |
| 05-August-2013 | 6094 | $ 2,798.00 | J117 | Brake Parts | |
| 05-August-2013 | 6095 | $ 2,798.00 | J301 | Brake Parts | |
| 06-August-2013 | 6096 | $ 6,900.00 | J301 | Firewall for J301 | |
| 14-August-2013 | 6102 | $ 2,000.00 | J361 | New Long wheel base runningboard | |
| 14-August-2013 | 6103 | $ 2,000.00 | J117 | New Long wheel base runningboard | |
| 14-August-2013 | 6104 | $ 2,000.00 | J301 | New Long wheel base runningboard | |
| 16-August-2013 | 6102 | $ 2,000.00 | J361 | New Long wheel base runningboard (paid twice) | |
| 16-August-2013 | 6103 | $ 2,000.00 | J117 | New Long wheel base runningboard (paid twice) | |
| 16-August-2013 | 6104 | $ 2,000.00 | J301 | New Long wheel base runningboard (paid twice) | |
| 27-August-2013 | 6110 | $ 3,500.00 | J361 | Misc window mechanisms, Klaxton K22 horn motors, running board trim | |
| 29-August-2013 | 6111 | $ 31,000.00 | J301 | Full rear axle, Torque tube, brakes, drums and backing plates | Delivered |
| 05-September-2013 | 6113 | $ 20,000.00 | J361 | Front & Rear fenders | |
| 05-September-2013 | 6114 | $ 8,500.00 | J301 | Front & rear bumpers and backbars complete | |
| 05-September-2013 | 6115 | $ 1,500.00 | J361 | Spare tyre carriers | |
| 05-September-2013 | 6116 | $ 1,500.00 | J117 | Spare tyre carriers | |
| 05-September-2013 | 6117 | $ 1,500.00 | J301 | Spare tyre carriers | |
| 16-September-2013 | 6127 | $ 5,500.00 | J361 | Disappearing top mechanism, murphy body builder taps | |
| 25-September-2013 | 6131 | $ 8,000.00 | J361 | Double coil assembly, chronograph, detailed starter | |
| 02-October-2013 | 6136 | $ 22,500.00 | J361 | SJ Blower and parts | |
| 02-October-2013 | 6137 | $ 5,000.00 | J361 | SJ Hood and sides | |
| 04-October-2013 | 6138 | $ 4,000.00 | J361 | Original Supercharger spiker drive, all new balls bushings and internals | |
| 08-October-2013 | 6140 | $ 4,000.00 | J361 | Used Flywheel and clutch | |
| 08-October-2013 | 6141 | $ 3,000.00 | J301 | 3 pieces rear axle and drive shaft parts | |
| 14-October-2013 | 6144 | $ 2,000.00 | Madam X | Used pair of V16 carburettors | |
| 14-October-2013 | 6145 | $ 12,625.00 | J361 | Parking lights, water pump, distributor and side pipes | |
| 14-October-2013 | 6146 | $ 23,400.00 | J117 | Tail lights, wiper motors, radiator shell, rear housing and torque tube | |
| 24-October-2013 | 6149 | $ 8,400.00 | J117 | All internal brake parts, brake drums, half shafts & hubs | |
| 29-October-2013 | 6150 | $ 8,300.00 | J301 | Headlights, taillights, fuel pump with housing | |
| 29-October-2013 | 6151 | $ 4,050.00 | J361 | Front fender & runningboard brackets, splash apron, toolbox and battery door | |
| 29-October-2013 | 6152 | $ 2,500.00 | J117 | Rebuilt S Schebler new float and accelerator pump | |
| 30-October-2013 | 6153 | $ 3,100.00 | 38Tabotcoach | UsedEX32 carburetors with kit, rebuilt EX32 from inventory | |
| 12-November-2013 | 6159 | $ 4,550.00 | J361 | Window lifter mechanisms, glass window frames, forged connecting rods Xray | |
| 12-November-2013 | 6160 | $ 5,100.00 | J117 | Murphy lifter mechanisms, windshield assembley | |
| 12-November-2013 | 6161 | $ 1,184.00 | J361 | SS high flow intake and exhaust valves | |

| Date | # | Amount | Code | Description | Status |
|---|---|---|---|---|---|
| 12-November-2013 | 6162 | $ 1,184.00 | J117 | SS high flow intake and exhaust valves | |
| 12-November-2013 | 6163 | $ 1,184.00 | J301 | SS high flow intake and exhaust valves | |
| 16-December-2013 | 6190 | $ 16,650.00 | J361 | Drag link, alum gas tank apron, metal trunk | |
| 16-December-2013 | 6191 | $ 17,550.00 | J117 | Drag link, taillight, rudge locking hubs, steering tube | |
| 13-January-2014 | 6201 | $ 2,368.00 | 34aero/30roadster | Extreme SS high flow intake and exhaust valves | |
| 10-February-2014 | 6216 | $ 7,100.00 | J361 | Bijur chassis lub pump, cowl band, timing chains, gauges | |
| 12-March-2014 | 6264 | $ 5,000.00 | J117 | Used flywheel and clutch | |
| 12-March-2014 | 6265 | $ 2,500.00 | J361 | 1 pair murphy dues hood tops | |
| 02-April-2014 | 6272 | $ 5,700.00 | J117 | Complete Dues Lubrication,clock work timing box, fuel pump | |
| 31-March-2014 | 6276 | $ 60,000.00 | 35Convertian | 1935 Cadillac Convertian Section, in parts (NOT missing Title - need this) | Delivered |
| 07-April-2014 | 6277 | $ 50,000.00 | 37conv Coupe | 1937 Cadillac Convertible Section, in parts (but missing Title - need this) | Delivered |
| 22-May-2014 | 6278 | $ 30,000.00 | 31 Cadillac Parts | Assorted Parts | Delivered |
| 27-August-2014 | 6312 | $ 1,800.00 | J117 | Full set NOS timing chains upper and lower | |
| 27-August-2014 | 6313 | $ 4,000.00 | J361 | New high speed ring and pinion for Model J | |
| 27-August-2014 | 6314 | $ 1,200.00 | No allocation | Original complete Sun Distributor | Delivered |
| 08-September-2014 | 6321 | $ 5,250.00 | J117 | Set winter louvers and new rear gas tank aprons | |
| 08-September-2014 | 6322 | $ 5,250.00 | J301 | Set winter louvers and new rear gas tank aprons | |
| 08-September-2014 | 6323 | $ 2,500.00 | J361 | Set of 4 machined outside exhaust manifolds, set of 4 machined pipe collars | |
| 08-September-2014 | 6324 | $ 4,800.00 | J361 | Pair front frame covers, battery box, running board aprons, long wheel base wood running board | |
| 25-September-2014 | 6333 | $ 4,600.00 | J361 | Complete E brake assembly, ebrake shoes, hood hold downs, hood/battery/tool box handles, SS hood locks matching keys | |
| 25-September-2014 | 6334 | $ 12,000.00 | J117 | Engine fan hub, complete sets, hot and battery, hood hold downs, front axle tie rods, parking lights, bakelite steering wheel, E brake assembly | |
| 25-September-2014 | 6335 | $ 9,000.00 | J301 | Complete E brake assembly, ross steering box, complete headlight bar | |
| 25-September-2014 | 6336 | $ 6,500.00 | J117 | Pair complete rear axle, half shafts | Delivered |
| 02-October-2014 | 6338 | $ 1,184.00 | J578 | SS high flow intake and exhaust valves | |
| 02-October-2014 | 6340 | $ 40,000.00 | J578 | Complete Hyflex transmission, with pedal assembley and shift tower | |
| 07-October-2014 | 6341 | $ 440.00 | J361 | SS choke cable with chrome and painted knob. SS starter control cable with chrome and knob | |
| 07-October-2014 | 6352 | $ 30,000.00 | J578 | Complete Duesenberg Engine, all components | Delivered |
| 06-November-2014 | 6354 | $ 25,200.00 | J301 | Front axle with rebuilt kink pins, set of rebuilt 19" wheels with lock rings | |
| 24-November-2014 | 6363 | $ 5,731.00 | J361 | Running board trim strip retainers, short and long SS front cover bolts, splash pan set, Running board trim strip retainers, used rebuilable master cylinder, set of new CNS machined interior door panels | |
| 24-November-2014 | 6364 | $ 3,510.00 | J117 | 1 set of intake and exhaust cams original condition | |
| 24-November-2014 | 6365 | $ 1,700.00 | No allocation | Custom grind Dues intake cam, exhaust cam,rod journal surfaces | |
| 14-December-2014 | 6368 | $ 885.00 | No allocation | Cylinder head rebuild, 32 x new valve guides,full set Cam bearing shells | |
| 14-December-2014 | 6369 | $ 6,484.00 | J361 | Mill and Deck Dues Cylinder head | |
| 14-December-2014 | 6370 | $ 450.00 | J361 | Hook up ceramic sealer injection machine. | |
| 17-December-2014 | 6375 | $ 6,934.00 | J301 | Mill and Deck Dues Cylinder head, New valve guides, dues J cylinder head complete rebuild, full set of cam bearing shells | |
| 28-January-2015 | 6407 | $ 6,934.00 | J578 | Full set of cylinder head bolts in SS, 1 full set of short and long SS front cover bolts | |
| 28-January-2015 | 6408 | $ 1,190.00 | J117 | Set of 8 Duesenberg pistons | |
| 12-February-2015 | 6417 | $ 2,349.00 | J361 | SJ blower, assembled using parts purchased Inv 6136. | |
| 06-April-2015 | 6445 | $ 18,500.00 | J361 | Labour to build complete radiator from new core, sublet labour | |
| 12-April-2015 | 6450 | $ 3,989.00 | J361 | Labour to build complete radiator from new core, sublet labour | |
| 27-April-2015 | 6460 | $ 3,989.00 | J117 | Labour to build complete radiator from new core, sublet labour | |
| 04-May-2015 | 6466 | $ 3,989.00 | J301 | Murphy convertible top, cowl pieces etc | |
| 09-June-2016 | 6489 | $ 20,000.00 | J361 | Complete doors off a Murphy, L&R window mechanisms, cowl skins and commission | |
| 14-June-2015 | 6491 | $ 10,750.00 | J361 | Complete set of Bijur lines | |
| 14-June-2015 | 6492 | $ 1,000.00 | J117 | Orig disappearing top complete clamshell lid | |
| 23-June-2015 | 6497 | $ 3,450.00 | J361 | Assorted lot of authentic auburn cord, dues firewall and grill tags, badges | |
| 26-October-2015 | 6560 | $ 949.00 | No allocation | Complete Chassis rebuild kit | |
| 26-October-2015 | 6561 | $ 2,400.00 | J361 | Complete Chassis rebuild kit | |
| 26-October-2015 | 6562 | $ 2,400.00 | J117 | Complete Chassis rebuild kit | |
| 26-October-2015 | 6563 | $ 2,400.00 | J301 | New set Dues 4 leaf springs, rebuilt & sleeved brake cylinders for rear axle, BK brake pressure switch for dash | |
| 08-November-2015 | 6564 | $ 2,950.00 | J361 | | |

| Date | Item # | | Price | Model | Description |
|---|---|---|---|---|---|
| 08-November-2015 | 6565 | $ | 4,900.00 | J117 | New set Dues 4 leaf springs, Original steering wheel, chrome steering hub |
| 08-November-2015 | 6566 | $ | 1,400.00 | J901 | New set Dues of 4 leaf springs with brass eyelets installed set of 4 |
| 08-November-2015 | 6567 | $ | 700.00 | J351 | Original chrome Bijur firewall container for oiling system with orig firewall clamps |
| 08-November-2015 | 6568 | $ | 700.00 | J117 | Original chrome Bijur firewall container for oiling system with orig firewall clamps |
| 08-November-2015 | 6569 | $ | 1,750.00 | J301 | Orig Dues outer cowl band |
| 23-November-2015 | 6591 | $ | 2,955.00 | J361 | NOS Full bearings set for diff, Steering bearing set, NOS rear axle bearings |
| 23-November-2015 | 6592 | $ | 2,955.00 | J117 | NOS Full bearings set for diff, Steering bearing set, NOS rear axle bearings |
| 23-November-2015 | 6593 | $ | 325.00 | J301 | Steering bearing set to rebuild Ross steering box |
| 23-November-2015 | 6594 | $ | 1,000.00 | Hispano | NOS set of H6B Hispano Suiza ignition sets |
| 26-November-2015 | 6600 | $ | 2,650.00 | J901 | NOS full bearings sets for diff & rear axles |
| 26-November-2015 | 6601 | $ | 198.00 | No allocation | 1930 Cadillac rear window frame and routed wood window frame insert |
| 27-December-2015 | 6622 | $ | 7,450.00 | J117 | Steering quadrant centre assembly, dash light & dual ignition coil set. Complete NON S1 standard exhaust system & cutouts |
| 27-December-2015 | 6623 | $ | 2,000.00 | J301 | Steering quadrant centre assembly & dash light set |
| 27-December-2015 | 6624 | $ | 4,450.00 | J361 | S1 exhaust system complete, new cast brass exhaust cutouts |
| 27-December-2015 | 6625 | $ | 7,000.00 | J301 | Complete original J radiator winter front louvre set with all linkages |
| 06-January-2016 | 7001 | $ | 1,800.00 | J901 | Fully rebuilt model S Scheber for Dues new float & accelerator pump. |
| 06-January-2016 | 7002 | $ | 2,000.00 | J117 | Rebuilt dual coil with pop out ignition, rewound original Delco remy coils |
| 06-January-2016 | 7003 | $ | 2,000.00 | J301 | Rebuilt dual coil with pop out ignition, rewound original Delco remy coils |
| 06-April-2016 | 7076 | $ | 800.00 | J361 | Packing supplies |
| 20-April-2016 | 7089 | $ | 14,000.00 | J361 | Complete rear body section, orig cowl section, windshield assembly, comp top mechanism, orig folding sets |
| 28-April-2016 | 7099 | $ | 1,500.00 | J361 | All door hinges, interior handles, recast door and windows, door jamb chrome trim new |
| 04-May-2016 | 7103 | $ | 1,500.00 | J301 | Oil pump complete, unbroken with gears, float and drain control |
| 04-May-2016 | 7104 | $ | 1,350.00 | J301 | Murphy trunk rack brackets, steering column control rods, running board cast and machined spacer set |
| 04-May-2016 | 7105 | $ | 7,100.00 | J361 | Original Firewall 2378, still tagged from Jim Hoe dated 1953 |
| 05-May-2016 | 7109 | $ | 6,990.00 | J901 | Original flash radiator mascot with cap, complete set of parking lights with cowl arms, pair of rear axle radius support tubes |
| 08-May-2016 | 7110 | $ | 19,600.00 | J361 | Cutoff front frame section of chassis 2378, Dom Sommers restored chrome wire wheels 19", Head Pilot ray driving lights |
| 12-May-2016 | 7112 | $ | 6,500.00 | J361 | Nice solid pair of rear fenders, SJ hoods tops and sides |
| 12-May-2016 | 7113 | $ | 2,000.00 | J361 | Fulls set of Bijur llnes & fittings, new set of front axle bearings, small oil pressure, brake pressure, fuel gauges |
| 23-May-2015 | 7117 | $ | 9,800.00 | 50AWP, Madam X, 4335, 4276 | 1930-31 V16 Tanks New Stainless steel Gas tanks (4 off) |
| 26-May-2016 | Email correspondence | $ | 10,000.00 | No allocation | Rollston and Hispano Parts – see email correspondence |
| 01-June-2016 | 7118 | $ | 9,000.00 | J361 | Rollston rear tub components |
| 02-June-2016 | 7119 | $ | 35,500.00 | Hispus | Hispano chassis motor and H6B frame. Use H6B chassis with axle springs |
| 22-June-2016 | 7129 | $ | 2,050.00 | J361 | Dues gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7130 | $ | 2,050.00 | J117 | Dues gas tanks utilizing all the castings you purchased, completely redone |
| 22-June-2016 | 7131 | $ | 2,050.00 | J301 | Dues gas tanks utilizing all the castings you purchased, completely redone |
| 28-December-2016 | 7206 | $ | 2,500.00 | J361 | New manufactured pair of Dues Rear overjoy hydraulic shock absorbers L&R |
| 28-December-2016 | 7207 | $ | 6,500.00 | J117 | New manufactured pair of Dues Rear overjoy hydraulic shock absorbers L&R |
| 28-December-2016 | 7208 | $ | 2,500.00 | J301 | New manufactured pair of Dues Rear overjoy hydraulic shock absorbers L&R |
| 21-March-2017 | | $ | 200.00 | 1939/40 Cad | Various King Pins, with Bearings |
| 21-March-2017 | | $ | 600.00 | 1939/40 Cad | Voltage Regulator |
| 21-March-2017 | | $ | 100.00 | 1939/40 Cad | Engine top pans |
| 21-March-2017 | | $ | 150.00 | 1939/40 Cad | V-16 Generator parts |
| 21-March-2017 | | $ | 450.00 | 1939/40 Cad | Distributor and misc distributor parts |
| 21-March-2017 | | $ | 800.00 | 38-40 V-16 | Carburetors (2 @ $400.00 each) |
| 21-March-2017 | | | | 38-40 V-16 | Distributor caps |
| 21-March-2017 | | $ | 175.00 | 38-40 V-16 | Sidemount V-16 Emblems (have 1 original pair needing rechromed) |
| 21-March-2017 | | $ | 375.00 | 38-40 V-16 | Sidemount V-16 Emblems (have 1 pair remade in brass and chrome) |
| 21-March-2017 | | $ | 175.00 | 38-40 V-16 | Trunk mounted V-16 Emblem |
| 21-March-2017 | | | | 38-40 V-16 | "Sixteen" script Horn button used only on 1938 models |
| 21-March-2017 | | | | 38-40 V-16 | Rechromed fender spears made from brass (Left side, 1-medium, 1-small. Right side, 2-long, 1-medium, 2-small) |

| Date | Ref | Amount | Category | Description |
|---|---|---|---|---|
| 21-March-2017 | | $ 300.00 | 38-40 V-16 | Remanufactured Coils holder and bracket ($150 each) |
| 21-March-2017 | | $ 25.00 | 38-40 V-16 | Fuel pump arms remanufactured from brass |
| 21-March-2017 | | | 38-40 V-16 | NOS suspension parts |
| 21-March-2017 | | | 38-40 V-16 | 1939 Deluxe Bumper Guards and horizontal cross bars-all rechromed |
| 21-March-2017 | | | 38-40 V-16 | 1940 Drivers side spot light |
| 21-March-2017 | | $ 900.00 | 38-40 V-16 | 1938-40 Fog lights for mounting on bumper brackets – original Cadillac Appleton signed lens (pair) |
| 21-March-2017 | | $ 100.00 | 38-40 V-16 | 1938-9 Parking light glass lens |
| 21-March-2017 | | $ 150.00 | 38-40 V-16 | 1938-9 Parking light rechromed grille covers |
| 21-March-2017 | | $ 60.00 | 38-40 V-16 | 1938-9 Parking light housing plus metal plates for light support under fender |
| 21-March-2017 | | $ 40.00 | 38-40 V-16 | 1938-9 Parking light rubber bases (pair) |
| 21-March-2017 | | $ 350.00 | 38-40 V-16 | 1938-40 rechromed sidemount lock units (pair) |
| 21-March-2017 | | | 38-40 V-16 | Rear seat limousine clock |
| 21-March-2017 | | | 38-40 V-16 | Distributor and related parts |
| 22-March-2017 | cad-pt3-22 | $ 50,000.00 | 33AWP | 1933 Cadillac All Weather Phaeton -in Parts – not given VIN nor title |
| 28-April-2017 | 7264 | $ 85,000.00 | 67 Ferr | 1967 Ferrari 330GT 2+2 in parts; engine completely restored; not given VIN nor title |
| 08-June-2017 | 7285 | $ 54,000.00 | 31AWP | 1930/31 Cadillac All Weather Phaeton – not given VIN nor title |
| 31-July-2017 | 7300 | $ 17,300.00 | 67 Ferr | NOS full set complete windshield trim, rear window trim set, set to do both front doors, inner rocket panels, alum steering wheel etc. Various parts |
| 31-August-2017 | 7308 | $ 11,500.00 | J801 | Original leather SJ supplement manual, set accessory shocks, box of original Murphy body hardware, sundry Dues items |
| 12-September-2017 | 7314 | $ 19,625.00 | 31AWP | 1931 Wheels set of 6, metal low boy trunk with original luggage, rebuilt carburettors, delco coils & radiator |
| 04-October-2017 | 7319 | $ 6,950.00 | No allocation | Full set of V16 gauges and a new dash face panel |
| 19-October-2017 | 7324 | $ 10,300.00 | J361 | Rollston parts, interior items, full set of original splash aprons, SJ specific items, trans rebuild parts |
| 31-October-2017 | 7327 | $ 5,250.00 | J361 | Rollston parts, Radio & Luggage |
| 13-November-2017 | 7404 | $ 5,700.00 | J57R | 1 used original Duesenberg transmission, very complete, with shifter and some pedals |
| 16-November-2017 | 7408 | $ 2,500.00 | J361 | Complete torque tube from the rear end pumpkin to the transmission, incl the large cast alum yoke. |
| 26-November-2017 | 7409 | $ 4,450.00 | J361 | 30 original tools, complete orig regulator with Delco cover, parking light parts, NOS Bijur tank, Set of SJ front fender braces etc |
| 29-November-2017 | 7411 | $ 3,000.00 | J361 | Large wooden smoking set. Covered compartment with makeup compacts, mirror, perfume containers,brush, 2 vanity sets |
| 03-December-2017 | 7413 | $ 3,400.00 | J361 | Rear set, rear gas tank apron, full set of chrome trim spears, full set original latches and keys |
| 11-December-2017 | 7419 | $ 13,800.00 | J361 | Part of original front cowl section, a complete set of original frame side rails, set of orig running board brackets |
| 11-December-2017 | 7420 | $ 2,250.00 | J361 | Original Duesenberg accessory mascot "Pegasus" |
| 19-December-2017 | 7423 | $ 5,250.00 | J361 | Pair of Rollston doors, Box of engine Internals etc timing gears, oil pump drives, chain tensioners etc |
| 29-December-2017 | 7427 | $ 4,650.00 | J361 | Decorative trim for around drivers & passengers doors, rollston conv top rear window, parts from rear tube of body |
| 03-January-2018 | 7503 | $ 3,450.00 | J361 | Complete trunk rack and all the brackets, pair of chrome wiper motors, already restored |

Parts Delivered to Concours Motorcars, c/o Clark and for subsequent shipping to Australia (but have not received)

| | | |
|---|---|---|
| Aug-16 | 2300 | 1 1938/1939 V-16 Cadillac Engine (from the Doug Houston Deceased Estate) |
| Aug-16 | 200 | Box Box of carbs   $200 (got these) - Doug Houston (see photo) |
| | 750 | 1 1939 V16 taillights   $750 (got these) - Doug Houston |
| circa 2014 | | 2 1930/31 Johnson Carburetors (fit 1930/31 Cadillac V-16 Engine) |