| Mail headers | | |
|---|---|---|
| | From | "Stephen Gehringer" <sgehringer@shawlaws.com> |
| | To | Clark <clark@concoursclassics.com> |
| | Cc | david@morabitolawoffice.com, ross@v16.com.au |
| | Date | Tue, 23 Jul 2019 17:48:55 -0400 (EDT) |
| | Subject | Re: Morgan items for pick up |

Mr. Rittersbach:

As per the settlement agreement, we require that all items be photographed and uploaded along with a complete manifest before shipping. Mr. Morgan's agent must also have a chance to inspect the parts of each shipment prior to the same being loaded. Finally, it is your responsibility to ship the parts. If, at my client's discretion, the available parts are not enough to fill a container for overseas shipment, he can provide a local site for you to ship them to.

First and foremost however, kindly upload photos of all parts and provide a complete manifest so we know what we are dealing with.

Thank you.

Clark <clark@concoursclassics.com> wrote ..
> I have items for Morgan as pictured in the Dropbox as well as additional items.
> Please advise me of a pickup date the week of July 29 to remove available parts.
>
> Clark Rittersbach
Sincerely,


Stephen F. Gehringer, Esquire
Pennsylvania Bar I.D. #87020
Law Offices of Bruce Shaw, P.C.
2735 Terwood Road
Willow Grove, PA 19090

http://www.shawlaws.com/
http://www.linkedin.com/pub/stephen-gehringer/1a/a8a/909/

NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the recipient of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, DO NOT READ THIS COMMUNICATION; you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and delete this email. Thank you.

IF YOU HAVE QUESTIONS, PLEASE CONTACT:

Stephen F. Gehringer, Esquire - 267-374-4290 - sgehringer@shawlaws.com