Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Ross Morgan | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 18-CV-6778 |
| v. | |
| Concourse Classic Motor Cars, Inc., et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of $1,512,981 in favor of Plaintiff and against Defendants, jointly and severally.


| | |
|---|---|
| Date: May 12, 2020 | MARY C. LOEWENGUTH<br>CLERK OF COURT<br><br>By: Barbara Keenan<br>     Deputy Clerk |